FILED

NOV 15 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VAMPIRE NATION<br>613 Cross Street<br>East McKeesport, PA 15035;<br><br>FREDERICK BANKS<br>No. 05711-068<br>PO Box 999<br>Butner, NC 27509,<br><br>    PLAINTIFFS,<br><br>vs.<br><br>DEPARTMENT OF JUSTICE;<br>DIRECTOR, DEPARTMENT OF JUSTICE<br>EOUSA/FOIA Unit<br>600 E Street, N.W. RM 7300<br>Washington, D.C. 20530;<br><br>FEDERAL BUREAU OF INVESTIGATION;<br>DIRECTOR, FEDERAL BUREAU OF<br>INVESTIGATION;<br>J Edgar Hoover Building<br>935 Pennsylvania Avenue N.W.<br>Washington, D.C. 20535;<br><br>UNITED STATES POSTAL INSPECTION<br>SERVICE;<br>CHIEF POSTAL INSPECTOR, UNITED<br>STATES POSTAL INSPECTION SERVICE;<br>475 L'Enfant Plaza SW<br>Washington, D.C. 20260;<br><br>UNITED STATES PROBATION OFFICE;<br>CHIEF, UNITED STATES PROBATION<br>OFFICE;<br>1 Columbus Cir NE Rm 4-300<br>Washington, D.C. 20544;<br><br>FEDERAL BUREAU OF PRISONS;<br>DIRECTOR, FEDERAL BUREAU OF<br>PRISONS;<br>320 First Street NW<br>Washington, D.C. 20534<br><br>ADMINISTRATIVE OFFICE OF<br>THE UNITED STATES COURTS;<br>DIRECTOR, ADMINISTRATIVE<br>OFFICE OF THE UNITED STATES | CIVIL ACTION NO.<br><br><br>CASE NUMBER  1:06CV01950<br><br>JUDGE: Emmet G. Sullivan<br><br>DECK TYPE: FOIA/Privacy Act<br><br>DATE STAMP: 11/15/2006 |

RECEIVED

OCT 06 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

1

```
COURTS;                                )
1 Columbus Cir. NE                     )
Washington, D.C. 20544                 )
                                       )
UNITED STATES MARSHAL SERVICE;         )
UNITED STATES MARSHAL;                 )
600 Army Navy Dr Crystal Sq III        )
Arlington, VA 22202                    )
                                       )
FINANCIAL CRIMES ENFORCEMENT           )
NETWORK;                               )
DIRECTOR, FINANCIAL CRIMES             )
    ENFORCEMENT NETWORK;               )
2070 Chain Bridge Rd.                  )
Vienna, VA 22182                       )
                                       )
DEPARTMENT OF STATE;                   )
SECRETARY OF STATE;                    )
2201 C St. NW                          )
Washington, D.C. 20520,                )
                                       )
                                       )
            DEFENDANTS.                )
```

## COMPLAINT

AND NOW COME, The Plaintiffs, Vampire Nation, and Frederick Banks and allege for the complaint as follows;

### Parties

1. The Plaintiffs are Vampire Nation, a dark electronic music project, and Frederick Banks, an individual and federal inmate. ("Plaintiffs")
2. The Defendants are Department of Justice, a government agency, Federal Bureau of Investigation, a government agency, United States Postal Inspection Service, a government agency, United States Probation Office, a government agency, Federal Bureau of Prisons, a government agency. ("Defendants") Defendants violated the Freedom of Information Act and Privacy Act by not providing plaintiffs with requested agency records.

### Background

3. During 2004, 2005, and 2006 Plaintiffs sought records from Defendants by sending a letter to each of the defendants offices in the western district of pennsylvania and washington dc under the freedom of information and privacy acts requesting to each defendant and seeking agency records that pertain to them, about them or mention their name. Plaintiffs requested that Defendants conduct a search in each one of their databases for the requested records and if any searches turned up non responsive to plaintiffs requests that they forward a copy of the screen print with the words "not found" on each search screen in each database that was searched. Plaintiffs neither received the request records nor any screen prints or in some cases did not receive all of the requested records and plaintiffs renewed requests were completely ignored.
4. Defendants did not provide any or all of the requested records that Plaintiffs sought.

### COUNT ONE - Freedom of Information Act

6. Paragraphs 1 through 5 are hereby incorporated by reference and realleged as if fully set forth again.
7. Plaintiffs propounded a request to the Department of Justice Executive Offices of the US Attorney under the Freedom of Information Act.
8. Department of Justice Executive Offices of the US Attorney did not provide the requested records.

### COUNT TWO - Privacy Act

9. Paragraphs 1 through 5 are hereby incorporated by reference and realleged as if fully set forth again.
10. Plaintiffs propounded a request to the Department of Justice Executive Offices of the US Attorney under the Privacy Act.
11. Department of Justice Executive Offices of the US Attorney did not provide the requested records.

### COUNT THREE - Freedom of Information Act
12. Paragraphs 1 through 11 are hereby incorporated by reference and realleged as if fully set forth again.
7. Plaintiffs propounded a request to the Federal Bureau of Investigation under the Freedom of Information Act.
8. Federal Bureau of Investigation did not provide the requested records.

### COUNT FOUR - Privacy Act
9. Paragraphs 1 through 5 are hereby incorporated by reference and realleged as if fully set forth again.
10. Plaintiffs propounded a request to the Federal Bureau of Investigation under the Privacy Act.
11. Federal Bureau of Investigation did not provide the requested records.

### COUNT FIVE - Freedom of Information Act
12. Paragraphs 1 through 11 are hereby incorporated by reference and realleged as if fully set forth again.
13. Plaintiffs propounded a renewed request to the United States Postal Inspection Service under the Freedom of Information Act.
14. United States Postal Inspection Service did not provide the requested records.

### COUNT SIX - Privacy Act
15. Paragraphs 1 through 14 are hereby incorporated by reference and realleged as if fully set forth again.
16. Plaintiffs propounded a renewed request to the United States Postal Inspection Service under the Privacy Act.
17. United States Postal Inspection Service did not provide the requested records.

### COUNT SEVEN - Freedom of Information Act
18. Paragraphs 1 through 17 are hereby incorporated by reference and realleged as if fully set forth again.
19. Plaintiffs propounded a request to the United States Probation Office under the Freedom of Information Act.
20. United States Probation Office did not provide the requested records.

### COUNT EIGHT - Privacy Act
21. Paragraphs 1 through 20 are hereby incorporated by reference and realleged as if fully set forth again.
22. Plaintiffs propounded a request to the United States Probation Office under the Privacy Act.
23. United States Probation Office did not provide the requested records.

### COUNT NINE - Freedom of Information Act
24. Paragraphs 1 through 23 are hereby incorporated by reference and realleged as if fully set forth again.
25. Plaintiffs propounded a renewed request to the Federal Bureau of Prisons under the Freedom of Information Act.
26. Federal Bureau of Prisons did not provide the requested records.

### COUNT TEN - Privacy Act
27. Paragraphs 1 through 26 are hereby incorporated by reference and realleged as if fully set forth again.
28. Plaintiffs propounded a renewed request to the Federal Bureau of Prisons under the Privacy Act.
29. Federal Bureau of Prisons did not provide the requested records.

### COUNT ELEVEN - Freedom of Information Act
30. Paragraphs 1 through 29 are hereby incorporated by reference and realleged as if fully set forth again.
31. Plaintiffs propounded a renewed request to the Administrative Office of the United States Courts under the Freedom of Information Act.
32. Administrative Office of the United States Courts did not provide the requested records.

### COUNT TWELVE - Privacy Act

33. Paragraphs 1 through 32 are hereby incorporated by reference and realleged as if fully set forth again.
34. Plaintiffs propounded a renewed request to the Administrative Office of the United States Courts under the Privacy Act.
35. Administrative Office of the United States Courts did not provide the requested records.

### COUNT THIRTEEN - Freedom of Information Act
36. Paragraphs 1 through 35 are hereby incorporated by reference and realleged as if fully set forth again.
37. Plaintiffs propounded a renewed request to the United States Marshal Service under the Freedom of Information Act.
38. United States Marshal Service did not provide the requested records.

### COUNT FORTEEN - Privacy Act
39. Paragraphs 1 through 26 are hereby incorporated by reference and realleged as if fully set forth again.
40. Plaintiffs propounded a renewed request to the United States Marshal Service under the Privacy Act.
41. United States Marshal Service did not provide the requested records.

### COUNT FIFTEEN- Freedom of Information Act
42. Paragraphs 1 through 41 are hereby incorporated by reference and realleged as if fully set forth again.
43. Plaintiffs propounded a renewed request to the Financial Crimes Enforcement Network under the Freedom of Information Act.
44. Financial Crimes Enforcement Network did not provide the requested records.

### COUNT SIXTEEN - Privacy Act
45. Paragraphs 1 through 44 are hereby incorporated by reference and realleged as if fully set forth again.
46. Plaintiffs propounded a renewed request to the Financial Crimes Enforcement Network under the Privacy Act.
47. Financial Crimes Enforcement Network did not provide the requested records.

### COUNT SEVENTEEN - Freedom of Information Act
48. Paragraphs 1 through 47 are hereby incorporated by reference and realleged as if fully set forth again.
49. Plaintiffs propounded a renewed request to the Department of State under the Freedom of Information Act.
50. Department of State did not provide the requested records.

### COUNT EIGHTEEN - Privacy Act
51. Paragraphs 1 through 50 are hereby incorporated by reference and realleged as if fully set forth again.
52. Plaintiffs propounded a renewed request to the Department of State under the Privacy Act.
53. Department of State did not provide the requested records.

WHEREFORE, The Plaintiffs respectfully request that Judgment be entered for the Plaintiffs and against the Defendants releasing all of the sought agency records to Plaintiffs forthwith, forwarding the records to Plaintiffs via certified mail and filing with the Court the tracking number of the sent records and a report detailing each seach conducted and the results under the Freedom of Information and Privacy Acts.

Respectfully submitted,

Frederick Banks
No. 05711-068
PO Box 999
Butner, NC. 27509-0999

PLAINTIFF

06-1950
EGS

JS-44
(Rev.1/05 DC)

# CIVIL COVER SHEET

## I (a) PLAINTIFFS
Frederick Banks

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF 88888
(EXCEPT IN U.S. PLAINTIFF CASES)

Pro Se

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
# 05711-068

## DEFENDANTS
DOJ, et al.,

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

CASE NUMBER 1:06CV01950
JUDGE: Emmet G. Sullivan
DECK TYPE: FOIA/Privacy Act
DATE STAMP: 11/15/2006

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

- ☐ 1 U.S. Government Plaintiff
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☒ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in item III)

## III CITIZENSHIP FOR PLAINTIFF AND DFT

| | PTF | DFT | | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and **one** in a corresponding Nature of Suit)

### ☐ A. Antitrust
☐ 410 Antitrust

### ☐ B. Personal Injury/Malpractice
☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

### ☐ C. Administrative Agency Review
☐ 151 Medicare Act

Social Security:
☐ 861 HIA ((1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g)

Other Statutes:
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

### ☐ D. Temporary Restraining Order/Preliminary Injunction

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

## ☐ E. General Civil (Other) OR ☐ F. Pro Se General Civil

**Real Property**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**Personal Property**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**Bankruptcy**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**Prisoner Petitions**
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☒ 550 Civil Rights
☐ 555 Prison Condition

**Property Rights**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**Federal Tax Suits**
☐ 870 Taxes (US plaintiff or defendant)
☐ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
☐ 610 Agriculture
☐ 620 Other Food & Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

**Other Statutes**
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation

☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

| ☐ G. *Habeas Corpus/ 2255*<br>☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ H. *Employment Discrimination*<br>☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☒ I. *FOIA/PRIVACY ACT*<br>☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br><br>*(If pro se, select this deck)* | ☐ J. *Student Loan*<br>☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |
|---|---|---|---|
| ☐ K. *Labor/ERISA (non-employment)*<br>☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ L. *Other Civil Rights (non-employment)*<br>☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ☐ M. *Contract*<br>☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ N. *Three-Judge Court*<br>☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**

☒ 1 Original Proceeding    ☐ 2 Removed from State Court    ☐ 3 Remanded from Appellate Court    ☐ 4 Reinstated or Reopened    ☐ 5 Transferred from another district (specify)    ☐ Multi district Litigation    ☐ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)
5 USC 552    FOIA

**VII. REQUESTED IN COMPLAINT**    CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23 ☐    DEMAND $ 0    Check YES only if demanded in complaint
JURY DEMAND: ☐ YES ☒ NO

**VIII. RELATED CASE(S) IF ANY**    (See instruction)    ☐ YES ☒ NO    If yes, please complete related case form.

DATE 11.15.06    SIGNATURE OF ATTORNEY OF RECORD    MCD

**INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44**
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I.   COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III.  CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV.  CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI.  CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII. RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.



N:\forms\js-44.wpd