**U.S. Department of Justice**
**United States Marshals Service**

## NOTICE AND ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT BY MAIL

United States District Court
for the
District of __Columbia__

TO:
Financial Crimes Enforcement Network
Director
2070 Chain Bridge Rd.
Vienna, VA 22182q

Civil Action, File Number __06-1950 EGS__

__Frederick Banks__
V.
__Dept. of Justice, et al__

The enclosed summons and complaint are served pursuant to the Federal Rules of Civil Procedure.

You <u>MUST COMPLETE</u> the acknowledgment part of this form below, <u>AND RETURN COPIES 1 AND 2</u> to the sender within ____ days. An envelope has been enclosed for this purpose. Keep copy 3 for your records.

YOU MUST SIGN AND DATE THE ACKNOWLEDGMENT ON ALL COPIES. If you are served on behalf of a corporation, unincorporated association (including a partnership), or other entity, you must indicate under your signature your relationship to that entity. If you are served on behalf of another person and you are authorized to receive process, you must indicate under your signature your authority.

If you do not complete and return copies 1 and 2 of this form to the sender within ____ days, you (or the party on whose behalf you are being served) may be required to pay any expenses incurred in serving a summons and complaint in any other manner permitted by law.

If you do complete and return copies 1 and 2 of this form, you (or the party on whose behalf you are being served) must answer the complaint within ____ days of the date those documents were sent. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

06-1950  FRT  11-17-06

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete Item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
Financial Crimes Enforcement
Director
2070 Chain Bridge Rd.
Vienna, VA 22182

**COMPLETE THIS SECTION ON DELIVERY**
A. Signature
X ____
☐ Agent
☐ Addressee
B. Received by (Printed Name)
C. Date of Delivery  NOV 20 2006
D. Is delivery address different from item 1? ☐ Yes ☐ No

3. Service Type
☒ Certified Mail    ☐ Express Mail
☒ Registered        ☐ Return Receipt for Merchandise
☐ Insured Mail      ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label)
7004 2510 0003 7140 4484

PS Form 3811,

...ipt of Summons and Complaint By Mail was
(USMS Official)
COMPLAINT
complaint in the above captioned manner at
er and Street Name or P.O. Box No.
d Zip Code
12-M-1540
ionship to Entity/Authority to Receive
Service of Process
Date of Signature

Form USM-299
(Rev. 6/95)