**U.S. Department of Justice**
**United States Marshals Service**

## NOTICE AND ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT BY MAIL

United States District Court
for the
District of **Columbia**

TO:

Department of State
Secretary of State
2201 C Street, NW
Washington, DC 20520

Civil Action, File Number **06-1950 EGS**

**Frederick Banks**

V.

**Department of Justice, et al**

...civil Procedure.

...URN COPIES 1 AND 2 to the sender within

...If you are served on behalf of a corporation,
...ur signature your relationship to that entity. If
...indicate under your signature your authority.

...days, you (or the party on whose behalf you
...nplaint in any other manner permitted by law.

...behalf you are being served) must answer the
...t by default will be taken against you for the

...of Summons and Complaint By Mail was

Signature (USMS Official)

---

06-1950  11-17-06  727

SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Department of State
Secretary of State
2201 C St., NW
Washington DC 20520

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X [signature]     ☐ Agent
                  ☐ Addressee

B. Received by ( Printed Name )    C. Date of Delivery

RECEIVED

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
   (Transfer from service label)    7004 2510 0003 7140 4477

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

## ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT

I declare, under penalty of perjury, that I received a copy of the summons and of the complaint in the above captioned manner at

RECEIVED

DEC - 6 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

_____
Street Number and Street Name or P.O. Box No.

_____
City, State and Zip Code

_____
Signature

_____
Relationship to Entity/Authority to Receive

_____
Service of Process

_____
Date of Signature

Form USM-299
(Rev. 6/95)

**U.S. Department of Justice**
United States Marshals Service

## NOTICE AND ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT BY MAIL

United States District Court
for the
District of **Columbia**

TO:
**United States Marshal Service**
**600 Army Navy Drive Crystal Square, III**
**Arlingtne, VA 22202**

Civil Action, File Number **06-1950 EGS**

**Frederick Banks**

V.

**Dept. of Justice, et al**

The enclosed summons and complaint are served pursuant to the Federal Rules of Civil Procedure.

You <u>MUST COMPLETE</u> the acknowledgment part of this form below, <u>AND RETURN COPIES 1 AND 2</u> to the sender within ___ days. An envelope has been enclosed for this purpose. Keep copy 3 for your records.

06-1950  JRT  11/1/2006

you are served on behalf of a corporation,
signature your relationship to that entity. If
dicate under your signature your authority.

ays, you (or the party on whose behalf you
aint in any other manner permitted by law.

half you are being served) must answer the
by default will be taken against you for the

of Summons and Complaint By Mail was

_____ (US Official)

**COMPLAINT**

mplaint in the above captioned manner at

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Renee Grand_ ☐ Agent ☐ Addressee<br>B. Received by ( Printed Name )   C. Date of Delivery<br> Kitammel   11/20 |
| 1. Article Addressed to:<br><br>U. S. Marshal Service<br>600 Army Navy Drive.<br>Crystal Square III<br>Arlington, VA | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below:  ☐ No |
| | 3. Service Type<br>☑ Certified Mail  ☐ Express Mail<br>☑ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D. |
| | 4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number<br>(Transfer from service label)   7004 2510 0003 7140 4507 | |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

RECEIVED

DEC - 6 2006

NANCY MAYER-WHITTINGTON, CLERK
U.S. DISTRICT COURT

Street Name and Street Name or P.O. Box No.

City, State and Zip Code

Signature

Relationship to Entity/Authority to Receive

Service of Process

Date of Signature

Form USM-299
(Rev. 6/95)