UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

VAMPIRE NATION and FREDERICK BANKS, )
                                    )
         Plaintiff,                 )
                                    )
    v.                              ) Civil Action No. 06-1950 EGS
                                    )
DEPARTMENT OF JUSTICE, et al.,      )
                                    )
         Defendants.                )
_____)

MOTION FOR ENLARGEMENT OF TIME,
AND MEMORANDUM IN SUPPORT THEREOF

Defendants[1] hereby move, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, for an enlargement of time within which to respond to Plaintiffs' Complaint up to and including Tuesday, January 30, 2007. According to the Complaint, Plaintiffs include a federal prisoner and "a dark electronic music project", see Complaint, ¶ 1, which shares an address with a former Federal inmate, Keith Maydak. See Maydak v. United States, Civil Action No. 97-2199 EGS, Docket No. 308. Neither Plaintiff lists in the Complaint a telephone number. Accordingly, they have not been contacted to determine their position on this motion.[2]

---

[1] The defendants are: 1) the Department of Justice; 2) the Federal Bureau of Investigation; 3) the United States Postal Inspection Service; 4) the United States Probation Office; 5) the Federal Bureau of Prisons; 6) the Administrative Office of United States Courts; 7) the United States Marshals Service; 8) the Financial Crimes Enforcement Network and 9) the Department of State.

[2] Local Civil Rule 7.1(m) requires "counsel" to discuss nondispositive motions with "opposing *counsel*." It does not

Defendants request this additional time because the Assistant United States Attorney ("AUSA") assigned the matter has been working with agency counsel to complete the drafting of a dispositive motion in this action, but has not yet had time to complete that process. This is due to the fact that counsel must gather information and research the facts and legal issues involving nine defendants and eighteen counts in the Complaint. He has not yet had sufficient time to complete this process in the thirty days since the complaint was served.[3] In addition, the AUSA is scheduled to be out of the office over the Holidays and has numerous other filings that he has been preparing and that he must prepare in the next month. Accordingly, Defendants seek until January 30, 2007, within which to file the needed response to the Complaint.

---

require counsel to discuss those motions with pro se parties. Nonetheless, it has been the general practice of this office to attempt to discuss such motions with nonprisoner pro se parties. This practice is informed by, and consistent with, Local Civil Rule 16.3(a). Local Civil Rule 16.3(a) excludes prisoner pro se parties from the Court's meet-and-confer requirements. Specifically, that Rule requires "[c]ounsel (including any *nonprisoner* pro se party)" to meet and confer prior to a scheduling conference. Local Civil Rule 16.3(a) (emphasis added).

[3] Although the summons calls for a response within 30 days, half of the Counts in the Complaint are brought under the Privacy Act, for which ordinarily 60 days would be available for a response. See Fed. R. Civ. P. 12(a)(3).

WHEREFORE, the defendants request an enlargement of time in this matter.

Respectfully submitted,

_____
JEFFREY A. TAYLOR, DC Bar #498610
United States Attorney


_____
RUDOLPH CONTRERAS, DC Bar #434122
Assistant United States Attorney


_____
W. MARK NEBEKER, DC Bar #396739
Assistant United States Attorney

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of the foregoing Motion For Enlargement Of Time, And Memorandum In Support Thereof and a proposed order has been made by mailing a copy thereof to:

VAMPIRE NATION
613 Cross Street
East McKeesport, PA  15035

and

FREDERICK BANKS
No. 05711-068
PO Box 999
Butner, NC  27509

on this 19th day of December, 2006.

_____
W. MARK NEBEKER, D.C. Bar #396739
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, DC  20530
(202) 514-7230

```
            UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF COLUMBIA

VAMPIRE NATION and FREDERICK BANKS,)
                                   )
        Plaintiff,                 )
                                   )
   v.                              ) Civil Action No. 06-1950 EGS
                                   )
DEPARTMENT OF JUSTICE, et al.,     )
                                   )
        Defendants.                )
_____)
```

ORDER

Upon consideration of the Motion For Enlargement Of Time, And Memorandum In Support Thereof, the grounds stated therefor and the entire record herein, it is this ____ day of _____, 2006,

ORDERED that the said motion be and hereby is granted; and it is

FURTHER ORDERED that the time within which respond to Plaintiffs' Complaint be and hereby is enlarged up to January 30, 2007.

_____
UNITED STATES DISTRICT JUDGE


W. MARK NEBEKER                    VAMPIRE NATION
Assistant U.S. Attorney            613 Cross Street
Civil division                     East McKeesport, PA  15035
555 4th Street, N.W.
Washington, DC  20530              FREDERICK BANKS
                                   No. 05711-068
                                   PO Box 999
                                   Butner, NC  27509