United States District Court
District of Columbia

RECEIVED
DEC 21 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Frederick Banks, Plaintiff

v.

Department of Justice, et al., Defendants.

v.

Unit Manager Walter Harris, FCI Butner; Van Dyke, Inmate Accounting Officer FCI Butner; Counselor Green FCI Butner,
Respondents.

Civil Action No. 06-1950
EGS

## MOTION TO ENJOIN RESPONDENTS FROM CONTINUED VIOLATIONS OF THE PRISON LITIGATION REFORM ACT

In this case Plaintiff notifies the Court that Respondents are blatently violating the Court's order and the Prison Litigation Reform Act by taking more than 20% per each contract out of Plaintiff's inmate account thereby encumbering Plaintiff's account so he cannot access any funds in violation of the Court's order.

Plaintiff moves the Court to order Respondents to show cause why they should not be enjoined and held in contempt of Court for purposely withdrawing from Plaintiff's inmate account more than 20% of the previous months income in retaliation for Plaintiff exercising his Constitutional Rights.

WHEREFORE, The Plaintiff Frederick Banks respectfully requests that the foregoing motion be granted.

Respectfully Submitted,

Frederick Banks
#05711-068
PO Box 999
Butner, N.C. 27509
Plaintiff

Certificate of Service

I hereby certify that on this 18th day of December, 2006, I served a true and correct copy of the foregoing by mail delivery upon the following:

All parties of Record

Walter Harris - Unit Manager
Counselor Green
Van Dyke - Inmate Accounting
    FCF Butner
    PO Box 999
    Butner, NC 27509


_____
Frederick Banks