UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RECEIVED
DEC 29 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Vampire Nation;
Frederick Banks,
    Plaintiffs,

v.

Department of Justice

Civil Action No. 06-1950 EGS

## MOTION FOR CLERK TO FILE AMENDED COMPLAINT

Plaintiffs hereby move pursuant to Rule 15 of the Federal Rules of Civil Procedure for this Court to order the previously sent Amended Complaint in this case to be filed.

Plaintiffs forwarded to the Clerk an Amended Complaint. Plaintiffs sent the Amended Complaint before any responsive pleading was filed in this case. To Plaintiff's best knowledge the Amended Complaint was not filed. Therefore Plaintiffs move the Court for an order directing the Clerk to file Plaintiffs Amended Complaint on provide proof to Plaintiffs that the Amended Complaint has been filed.

Wherefore Plaintiffs Vampire Nation and Frederick Banks respectfully requests that the foregoing motion be granted.

Respectfully submitted,

Frederick Banks
05711-068
PO Box 999
Butner, NC 27509

PLAINTIFF

Certificate of Service

I hereby certify that on this 23rd day of December I served a true and correct copy of the foregoing by mail delivery upon the following:

W. Mark Nebeker, AUSA
Civil Division
555 4th Street, N.W.
Washington DC 20530

_____
Frederick Banks