```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA

VAMPIRE NATION and FREDERICK BANKS,)
                                   )
        Plaintiffs,                )
                                   )
   v.                              ) Civil Action No. 06-1950 EGS
                                   )
DEPARTMENT OF JUSTICE, et al.,     )
                                   )
        Defendants.                )
                                   )
```

DEFENDANTS' MEMORANDUM IN OPPOSITION TO
PLAINTIFF BANK'S MOTIONS TO AMEND AND FOR AN ORDER TO SHOW CAUSE

Defendants[1] hereby oppose Plaintiff Banks' "Motion For Clerk To File Amended Complaint" ("Motion To Amend") and his "Motion To Enjoin Respondents From Continued Violations Of The Prison Litigation Reform Act," in which he seeks an order for "Respondents To Show Cause why they should not be enjoined [from encumbering Plaintiff Banks' prisoner account]" ("Motion To Show Cause").

Amendment

Although Rule 15(a) allows a party to "amend the party's pleadings once as a matter of course at any time before a responsive pleading is filed." Fed. R. Civ. P. 15(a), this Court's Local Rules require that a copy of the proposed amended

---

[1] The defendants are: 1) the Department of Justice; 2) the Federal Bureau of Investigation; 3) the United States Postal Inspection Service; 4) the United States Probation Office; 5) the Federal Bureau of Prisons; 6) the Administrative Office of United States Courts; 7) the United States Marshals Service; 8) the Financial Crimes Enforcement Network and 9) the Department of State.

pleading first be provided to the defendant.  <u>See</u> Local Civ. R. 15.1 ("A motion for leave to file an amended pleading shall be accompanied by an original of the proposed pleading as amended.")

Defendants do not have a copy of whatever it is that Plaintiff Banks proposes be filed as an amended complaint. Accordingly, they can not respond to any such amended pleading. Moreover, because Plaintiff Banks is proceeding as a Prisoner and without the prepayment of costs, the Court should first screen any proposed complaint that he might seek to file to satisfy itself that any allegations would pass the screening required by 28 U.S.C. § 1915A(a) ("The court shall review, before docketing, if feasible or, in any event, as soon as practicable after docketing, a complaint in a civil action in which a prisoner seeks redress from a governmental entity or officer or employee of a governmental entity."). Until Plaintiff Banks has satisfied these requirements, no amendment should be allowed.

<u>Show Cause</u>

Plaintiff Banks has also sought this Court's involvement in determining whether proper amounts have been deducted from his prisoner trust fund account.  Although he offers no evidence of the income in his account for any given period of time[2] or the

---

[2]  The Court's docket does reflect that Plaintiff submitted a Prisoner Trust Fund Account Statement on November 15, 2006, but Defendants are not able to access the document through the Court's computerized database.

amounts of any payments deducted from the account, he appears to believe that too much has been removed from the account over some period of time.  Mr. Banks has available to him the Federal Bureau of Prisons' ("BOP's") administrative remedy process to address any such concerns.  See 28 C.F.R. Part 542 (setting forth the administrative remedies available to federal prisoners).  Until Plaintiff Banks has exhausted this process, he may not secure relief from the Courts.  Rather, completion of that process is mandatory.  See 42 U.S.C. § 1997e(a); Booth v. Churner, 532 U.S. 731 (2001); Barnard v. District of Columbia, 223 F.Supp.2d 211, 214 (D.D.C. 2002) (exhaustion is condition precedent).  Mr. Banks makes no mention of ever raising his concern with the BOP or of receiving any response to his concern.  His request for intervention from the Court is, therefore, premature.

Accordingly, Defendants submit that Plaintiff Banks' motions should be denied.

Respectfully submitted,

_____
JEFFREY A. TAYLOR, DC Bar #498610
United States Attorney


_____
RUDOLPH CONTRERAS, DC Bar #434122
Assistant United States Attorney


_____
W. MARK NEBEKER, DC Bar #396739
Assistant United States Attorney

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of the foregoing Defendants' Memorandum In Opposition To Plaintiff Bank's Motions To Amend And For An Order To Show Cause and a proposed order has been made by mailing copies thereof to:

VAMPIRE NATION
613 Cross Street
East McKeesport, PA  15035

and

FREDERICK BANKS
No. 05711-068
PO Box 999
Butner, NC  27509

on this 8th day of January, 2007.

_____
W. MARK NEBEKER, D.C. Bar #396739
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, DC  20530
(202) 514-7230

```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA

VAMPIRE NATION and FREDERICK BANKS,)
                                   )
          Plaintiffs,              )
                                   )
     v.                            ) Civil Action No. 06-1950 EGS
                                   )
DEPARTMENT OF JUSTICE, et al.,     )
                                   )
          Defendants.              )
_____)
```

## ORDER

Upon consideration of Plaintiff Banks' "Motion For Clerk To File Amended Complaint" and his "Motion To Enjoin Respondents From Continued Violations Of The Prison Litigation Reform Act," for the reasons set forth in Defendants' Memorandum In Opposition To Plaintiff Bank's Motions To Amend And For An Order To Show Cause and based upon the entire record herein, it is this ____ day of _____, 2007,

ORDERED that Plaintiff Banks' said motions be and hereby are denied without prejudice.

_____
UNITED STATES DISTRICT JUDGE


W. MARK NEBEKER                    VAMPIRE NATION
Assistant U.S. Attorney            613 Cross Street
Civil division                     East McKeesport, PA  15035
555 4th Street, N.W.
Washington, DC  20530              FREDERICK BANKS
                                   No. 05711-068
                                   PO Box 999
                                   Butner, NC  27509