```
              UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF COLUMBIA

VAMPIRE NATION and FREDERICK BANKS,)
                                   )
          Plaintiffs,              )
                                   )
     v.                            )Civil Action No. 06-1950 EGS
                                   )
DEPARTMENT OF JUSTICE, et al.,     )
                                   )
          Defendants.              )
_____)
```

## MOTION FOR ENLARGEMENT OF TIME, AND MEMORANDUM IN SUPPORT THEREOF

Defendants[1] hereby move, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, for an enlargement of time within which to respond to Plaintiffs' Complaint up to and including thirty days after the latter of: 1) the resolution of Plaintiff's Banks' December 29, 2006 "Motion For Clerk To File Amended Complaint" ("Motion To Amend") or 2) service of the Amended Complaint contemplated in the Motion To Amend and screening as required by Fed. R. Civ. P. 15 and 28 U.S.C. § 1915A.  According to the Complaint, Plaintiffs include a federal prisoner and "a dark electronic music project", see Complaint, ¶ 1, which shares an address with a former Federal inmate, Keith Maydak.  See Maydak v. United States, Civil Action No. 97-2199

---

[1] The defendants are: 1) the Department of Justice; 2) the Federal Bureau of Investigation; 3) the United States Postal Inspection Service; 4) the United States Probation Office; 5) the Federal Bureau of Prisons; 6) the Administrative Office of United States Courts; 7) the United States Marshals Service; 8) the Financial Crimes Enforcement Network and 9) the Department of State.

EGS, Docket No. 308. Neither Plaintiff lists in the Complaint a telephone number. Accordingly, they have not been contacted to determine their position on this motion.[2]

Defendants have not yet answered the original complaint in this action, but Plaintiff Banks has filed a Motion To Amend, omitting a copy of the proposed amended pleading. Although Fed. R. Civ. P. 15 typically allows one amendment to a pleading when no answer has been filed, Plaintiff Banks has not yet provided a copy of the document he proposes to file as an amended complaint. Defendants cannot, therefore, properly respond to such an amended pleading. Because the amendment would likely be permitted absent submission of a frivolous, malicious, or meritless claim,[3] Defendants submit that it would be a waste of time to respond to the original complaint at this time. See Fed. R. Civ. P. 1

---

[2] Local Civil Rule 7.1(m) requires "counsel" to discuss nondispositive motions with "opposing *counsel*." It does not require counsel to discuss those motions with pro se parties. Nonetheless, it has been the general practice of this office to attempt to discuss such motions with nonprisoner pro se parties. This practice is informed by, and consistent with, Local Civil Rule 16.3(a). Local Civil Rule 16.3(a) excludes prisoner pro se parties from the Court's meet-and-confer requirements. Specifically, that Rule requires "[c]ounsel (including any *nonprisoner* pro se party)" to meet and confer prior to a scheduling conference. Local Civil Rule 16.3(a) (emphasis added).

[3] 28 U.S.C. § 1915A provides for the screening of complaints filed by prisoners to dismiss claims that are frivolous, malicious fail to state a claim or that seeks monetary damages from a defendant who is immune from such relief. 28 U.S.C. § 1915A.

(calling for the Courts to construe and administer the Federal Rules "to secure the just, speedy, and inexpensive determination of every action.")

Defendants also request this additional time because they will need additional time to gather the needed factual support for filing further motions in this action.[4]  This is due to the fact that counsel must gather information and research the facts and legal issues involving nine defendants and eighteen counts in the complaint.

WHEREFORE, the defendants request an enlargement of time in this matter.

Respectfully submitted,

---

JEFFREY A. TAYLOR, DC Bar #498610
United States Attorney

---

RUDOLPH CONTRERAS, DC Bar #434122
Assistant United States Attorney

---

W. MARK NEBEKER, DC Bar #396739
Assistant United States Attorney

---

[4] Counsel anticipates the filing of one or more dispositive motions in this action and may require a stay to allow processing of Mr. Banks' request under the Freedom of Information Act.  See 5 U.S.C. § 552(a)(6)(C).  Counsel is awaiting the needed declarations to support these motions, and will file them upon receipt unless Plaintiff has first withdrawn the claims to which they relate.

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of the foregoing Motion For Enlargement Of Time, And Memorandum In Support Thereof and a proposed order has been made by mailing a copy thereof to:

VAMPIRE NATION
613 Cross Street
East McKeesport, PA  15035

and

FREDERICK BANKS
No. 05711-068
PO Box 999
Butner, NC  27509

on this 29th day of January, 2007.

_____
W. MARK NEBEKER, D.C. Bar #396739
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, DC  20530
(202) 514-7230

```
                UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF COLUMBIA

VAMPIRE NATION and FREDERICK BANKS,)
                                   )
          Plaintiffs,              )
                                   )
     v.                            ) Civil Action No. 06-1950 EGS
                                   )
DEPARTMENT OF JUSTICE, et al.,     )
                                   )
          Defendants.              )
_____)
```

ORDER

Upon consideration of the Motion For Enlargement Of Time, And Memorandum In Support Thereof, the grounds stated therefor and the entire record herein, it is this ____ day of _____, 2007,

ORDERED that the said motion be and hereby is granted; and it is

FURTHER ORDERED that the time within which respond to Plaintiffs' complaint be and hereby is enlarged up to thirty days after the latter of: 1) the resolution of Plaintiff's Banks' December 29, 2006 "Motion For Clerk To File Amended Complaint" ("Motion To Amend") or 2) service of the Amended Complaint contemplated in the Motion To Amend and screening as required by Fed. R. Civ. P. 15 and 28 U.S.C. § 1915A.

_____
UNITED STATES DISTRICT JUDGE

copies to:

W. MARK NEBEKER
Assistant U.S. Attorney
Civil division
555 4th Street, N.W.
Washington, DC  20530

VAMPIRE NATION
613 Cross Street
East McKeesport, PA  15035

FREDERICK BANKS
No. 05711-068
PO Box 999
Butner, NC  27509