UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VAMPIRE NATION and FREDERICK BANKS, | ) |
| Plaintiffs, | ) |
| v. | ) Civil Action No. 06-1950 (EGS) |
| DEPARTMENT OF JUSTICE, *et al.*, | ) |
| Defendants. | ) |

**ORDER**

It is hereby

ORDERED that plaintiff's "Motion to Enjoin Respondents from Continued Violations of the Prison Litigation Reform Act" [Dkt. #11] is DENIED WITHOUT PREJUDICE. It is further

ORDERED that plaintiff's "Motion for Clerk to File Amended Complaint" [Dkt. #12] is DENIED. The docket does not reflect the Clerk of Court's receipt of an Amended Complaint, and plaintiff does not attach the proposed amended pleading as is required by Local Civil Rule 15.1. It is further

ORDERED that defendants' motion for an extension of time [Dkt. #15] is GRANTED. The answer or other response to the Complaint [#1] shall be filed on or before March 1, 2007.

SO ORDERED.

Signed:    EMMET G. SULLIVAN
           United States District Judge

Dated:     January 30, 2007