United States District Court
For the District of Columbia

Frederick Banks, et al.,
    Plaintiffs,

vs.

Department of Justice, et al.,
    Defendants

Civil Action No. 06-1950-EGS

RECEIVED
JAN 29 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

REPLY TO ORDER DATED 1/17/07 PROVIDING US MARSHAL SERVICE ADDRESS

Pursuant to the Order of Court dated 1/17/07 Plaintiff Frederick Banks provides the address for service of the U.S. Marshal Service;

U.S. Marshal Service
United States Courthouse
700 Grant Street
Pittsburgh, PA 15219

Respectfully Submitted,

Frederick Banks
#05711-068
PO Box 999
Butner, N.C. 27509

PLAINTIFF

Certificate of Service

I hereby certify that on this 21st day of January, 2007 I served a true and correct copy of the foregoing by mail delivery upon the following:

W. Mark Nebeker, AUSA
Civil Division
555 4th Street, N.W.
Washington, DC 20530

Frederick Banks