UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

VAMPIRE NATION and FREDERICK BANKS, )
                                    )
        Plaintiffs,                 )
                                    )
   v.                               ) Civil Action No. 06-1950 EGS
                                    )
DEPARTMENT OF JUSTICE, et al.,      )
                                    )
        Defendants.                 )
_____)

MOTION FOR ENLARGEMENT OF TIME,
AND MEMORANDUM IN SUPPORT THEREOF

Defendants[1] hereby move, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, for an enlargement of time of ten business days within which to respond to Plaintiffs' Complaint. According to the Complaint, Plaintiffs include a federal prisoner and "a dark electronic music project", see Complaint, ¶ 1, which shares an address with a former Federal inmate, Keith Maydak. See Maydak v. United States, Civil Action No. 97-2199 EGS, Docket No. 308. Neither Plaintiff lists in the Complaint a telephone number. Accordingly, they have not been contacted to determine their position on this motion.[2]

---

[1] The defendants are: 1) the Department of Justice; 2) the Federal Bureau of Investigation; 3) the United States Postal Inspection Service; 4) the United States Probation Office; 5) the Federal Bureau of Prisons; 6) the Administrative Office of United States Courts; 7) the United States Marshals Service; 8) the Financial Crimes Enforcement Network and 9) the Department of State.

[2] Local Civil Rule 7.1(m) requires "counsel" to discuss nondispositive motions with "opposing *counsel*." It does not require counsel to discuss those motions with pro se parties. Nonetheless, it has been the general practice of this office to

Counsel for the nine defendants have worked diligently to complete a dispositive motion in this Freedom of Information Act/Privacy Act matter, but learned only recently that documents which one agency had planned to support withholding based on an open law enforcement investigation, see 5 U.S.C. § 552(b)(7)(A), were actually processed and largely released.  Counsel wishes to secure a more detailed declaration reflecting the reasons for properly withholding the documents that were not released in full.  Counsel anticipates that within ten days he can secure this declaration and incorporate it (along with the numerous other declarations already finalized) into the dispositive motion, which is well underway.

---

attempt to discuss such motions with nonprisoner pro se parties. This practice is informed by, and consistent with, Local Civil Rule 16.3(a).  Local Civil Rule 16.3(a) excludes prisoner pro se parties from the Court's meet-and-confer requirements. Specifically, that Rule requires "[c]ounsel (including any *nonprisoner* pro se party)" to meet and confer prior to a scheduling conference.  Local Civil Rule 16.3(a) (emphasis added).

WHEREFORE, the defendants request an enlargement of time in this matter.

Respectfully submitted,

_____
JEFFREY A. TAYLOR, DC Bar #498610
United States Attorney


_____
RUDOLPH CONTRERAS, DC Bar #434122
Assistant United States Attorney


_____
W. MARK NEBEKER, DC Bar #396739
Assistant United States Attorney

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of the foregoing Motion For Enlargement Of Time, And Memorandum In Support Thereof and a proposed order has been made by mailing a copy thereof to:

VAMPIRE NATION
613 Cross Street
East McKeesport, PA  15035

and

FREDERICK BANKS
No. 05711-068
PO Box 999
Butner, NC  27509

on this 1sth day of March, 2007.

_____
W. MARK NEBEKER, D.C. Bar #396739
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, DC  20530
(202) 514-7230

```
              UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF COLUMBIA

VAMPIRE NATION and FREDERICK BANKS,)
                                   )
        Plaintiffs,                )
                                   )
    v.                             ) Civil Action No. 06-1950 EGS
                                   )
DEPARTMENT OF JUSTICE, et al.,     )
                                   )
        Defendants.                )
_____)
```

ORDER

Upon consideration of the Motion For Enlargement Of Time, And Memorandum In Support Thereof, the grounds stated therefor and the entire record herein, it is this ____ day of _____, 2007,

ORDERED that the said motion be and hereby is granted; and it is

FURTHER ORDERED that the time within which respond to Plaintiffs' complaint be and hereby is enlarged for ten business days, up to and including March 15, 2007.

```
                                   _____
                                   UNITED STATES DISTRICT JUDGE
```

copies to:

W. MARK NEBEKER          VAMPIRE NATION
Assistant U.S. Attorney  613 Cross Street
Civil division           East McKeesport, PA  15035
555 4th Street, N.W.
Washington, DC  20530    FREDERICK BANKS
                         No. 05711-068
                         PO Box 999
                         Butner, NC  27509