United States District Court
For the District of Columbia

Vampire Nation;
Frederick Banks,

    Plaintiffs,

v.

Department of Justice, et al.,

)
)
)
)
)
)
)
)
)

**RECEIVED**

MAR 1 9 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Civil Action No. 06-1950 (EGS)

NOTICE OF PLAINTIFF FREDERICK BANKS CHANGE OF ADDRESS TO: Frederick Banks, # 05711-068, Unit 2Aw, PO Box 5000, Yazoo City, Mississippi 39194-5000

Plaintiff hereby notifies the Court and Parties of his change of address captioned above.

Respectfully Submitted,

Frederick Banks
# 05711-068
Unit 2Aw
PO Box 5000
Yazoo City, MS 39194-5000

PLAINTIFF

Certificate of Service

I hereby certify that on this 11th day of March, 2007 I served a true and correct copy of the foregoing by mail delivery upon the following;

Clerk, US District Court
333 Constitution Avenue, N.W.
Washington, DC. 20001

via electronic mail

William Mark Nebeker   mark.nebeker@usdoj.gov


Frederick Banks