```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA

VAMPIRE NATION and FREDERICK BANKS,)
                                   )
          Plaintiffs,              )
                                   )
     v.                            )Civil Action No. 06-1950 EGS
                                   )
DEPARTMENT OF JUSTICE, et al.,     )
                                   )
          Defendants.              )
_____)
```

MOTION FOR ENLARGEMENT OF TIME,
AND MEMORANDUM IN SUPPORT THEREOF

Defendants[1] hereby move, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, for an enlargement of time until April 26, 2007, within which to reply to the opposition to Defendants' Motion To Dismiss Or, in The Alternative, For Summary Judgment and to oppose Plaintiffs' cross-motion for summary judgment. According to the Complaint, Plaintiffs include a federal prisoner and "a dark electronic music project", see Complaint, ¶ 1. Neither Plaintiff lists in the Complaint a telephone number. Accordingly, they have not been contacted to determine their position on this motion.[2]

---

[1] The defendants are: 1) the Department of Justice; 2) the Federal Bureau of Investigation; 3) the United States Postal Inspection Service; 4) the United States Probation Office; 5) the Federal Bureau of Prisons; 6) the Administrative Office of United States Courts; 7) the United States Marshals Service; 8) the Financial Crimes Enforcement Network and 9) the Department of State.

[2] Local Civil Rule 7.1(m) requires "counsel" to discuss nondispositive motions with "opposing *counsel*." It does not require counsel to discuss those motions with pro se parties. Nonetheless, it has been the general practice of this office to

Counsel for the nine defendants anticipate the filing of a single document that will constitute a reply and an opposition, but counsel will require additional time to complete the filing. In the five work days since receiving Plaintiff's opposition/cross-motion, counsel has been called upon to draft at least five other filings and to participate in numerous other matters. Counsel also must draft at least two other pleadings on Monday, when the reply would be due in this action. These and other responsibilities of counsel have not allowed sufficient time to complete the combined filing needed in this action.

WHEREFORE, the defendants request an enlargement of time.

Respectfully submitted,

_____
JEFFREY A. TAYLOR, DC Bar #498610
United States Attorney

_____
RUDOLPH CONTRERAS, DC Bar #434122
Assistant United States Attorney

_____
W. MARK NEBEKER, DC Bar #396739
Assistant United States Attorney

---

attempt to discuss such motions with nonprisoner pro se parties. This practice is informed by, and consistent with, Local Civil Rule 16.3(a). Local Civil Rule 16.3(a) excludes prisoner pro se parties from the Court's meet-and-confer requirements. Specifically, that Rule requires "[c]ounsel (including any *nonprisoner* pro se party)" to meet and confer prior to a scheduling conference. Local Civil Rule 16.3(a) (emphasis added).

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that service of the foregoing Motion For Enlargement Of Time, And Memorandum In Support Thereof and a proposed order has been made by mailing a copy thereof to:

VAMPIRE NATION
613 Cross Street
East McKeesport, PA  15035

and

FREDERICK BANKS
No. 05711-068
Unit 2 AW
P.O. Box 5000
Yazoo City, MS  39194-5000

on this 13th day of April, 2007.

```
                              _____
                              W. MARK NEBEKER, D.C. Bar #396739
                              Assistant United States Attorney
                              Civil Division
                              555 4th Street, N.W.
                              Washington, DC  20530
                              (202) 514-7230
```