UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RECEIVED

MAY 1 4 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

VAMPIRE NATION;
FREDERICK BANKS,

        Plaintiff,

v.                          Civil Action No. 06-1950 EGS

DEPARTMENT OF JUSTICE, et al.,

        Defendants.

PLAINTIFF'S REPLY TO DEFENDANT'S OPPOSITION TO PLAINTIFF'S
CROSS MOTION FOR SUMMARY JUDGMENT

        Plaintiff hereby responds to Defendants pleading captioned above. To the extent any of the facts in Defendants Motion where not addressed by Plaintiff they are hereby denied in full. Therefore none of the facts are undisputed. The record here for example would contradict the specifically enumerated facts set forth by the Defendants as follows: Banks sent requests under the privacy act and FOIA to DOS and FinCEN and DOS and FinCEN are acknowledging Banks Complaint through their appearance and are aware of Banks requests; Banks submitted requests concerning Vampire Nation a sole proprietorship that Banks solely owns and operates at the time he filed the requests and therefore Vampire Nation submitted requests for responsive records; USPIS did not release any record related to Banks conviction at US v. Banks, 04-176 (WDPA) and therefore when Banks renewed the requests because the prosecution had ended and the USPIS did not provide those records there is a dispute of fact that is genuine issue and as such Katz did not search for and release all requested records; None of the Records Banks sought are exemptable because the Department of Justice and Defendants applyed improper exemptions that are not applicable such as that Banks sought records for commercial use when he only sought records for personal use; None of the Records Banks sought are exemptable; Defendants enacted improper exemptions and never informed Banks on how to waive the fee or proceed as a pauper in paying the fees and therefore when they exacted improper exemptions for records the fee was not due since Defendants violated the FOIA/PA Acts. There facts along with remaining undisputed facts as set forth in Plaintiff's facts set forth in their previous pleading warrant summary judgment in favor of the Plaintiffs. Plaintiffs hereby incorporate their previous pleading in opposition to Defendants Motion to dismiss into this pleading by reference and reallege as if fully set forth again. Vampire Nation is not its own legal entity but an alias the government claims Banks uses.. Now that Banks is incarcerated

Vampire Nation is defined as Banks Dba Vampire Nation is not a corporation even when Banks was not in jail. Vampire Nation is a name Banks records under on occasion but not a corporation or "entity" in the sense that it is it's own self. Banks reffered to Vampire Nation as an entity but in that context he only ment that Vampire Nation has taken on a life of it's own. See: allmusic.com (describing history of Vampire Nation). Banks is not therefore attempting to represent a corporation in Court because Vampire Nation is not a corporation but an alias of Banks. Vampire Nation is Banks and therefore Banks controls and operates Vampire Nation and Vampire Nation controls and operates Banks when Banks is performing the two are interchangable Vampire Nation does not and cannot function without Banks. Vampire Nation does not have a tax ID number, Vampire Nation is NOT incorporated, and Vampire Nation is not doing business at the present time because Banks is in prison. The government has claimed that Vampire Nation is an a/k/a that Banks uses. When Banks sought records of himself and Vampire Nation he did so in the sense of Vampire Nation as his alter ego which the government claims that it is. Courts have reffered to Banks as "The Vampire Nation Defendant" or "Vampire Nation a/k/a Banks". Therefore Banks properly sought records for Vampire Nation an individual that <u>is</u> Banks. Banks has provided this court with its mailing address for himself and Vampire Nation in East McKeesport and Banks' address in Yazoo City because the BOP will not accept mail for Vampire Nation at the institution because while Vampire Nation is listed in the PSI it is not listed on the front of Banks PSI or in the sentry records that the BOP uses to allow inmates to receive mail. Thus, it would have been fruitless for Banks to give Vampire Nations address as the prisons because the mail would have never reached Banks. Banks is not required to pay a filing fee for an alias when he is proceeding in the action as a Plaintiff. Indeed Banks may not pay fees for himself and another one again for himself that would be absurd. Vampire Nation has no value while Banks is in prison and has no assets. Vampire Nation's value lies in Banks and Banks cannot show value for Vampire Nation while he is locked up because he cannot record, tour etc all of the things that give Vampire Nation value and therefore while Banks is incarcerated Vampire Nation is valueless and Banks properly stated in the Motion to proceed in forma pauperis that he has no assets. A company that has no value is not an asset. In fact the USA has a $70,000.00 In personam judgment on Banks right now and Banks is paid a measily $18.00 a month in the FBOP. Accordingly, no "revocation of IFP status" may be given in this case. When Defendants inacted unlawful exemptions that did not apply they lost jurisdiction to request a search or copy fee for the records all remedies have been exhausted. Banks could not refuse to pay fees that he did not owe because Defendants used unapplicable exemptions and when they charges Banks had no jurisdiction to do so because they tried to gain income from Banks while knowingly inacting expemptions that where

where not applied lawfully. When Defendants violated the statutes FOIA/PA they lost jurisdiction to charge fees. Banks may submit an a FOIA/PA address to any address of Defendants. It is the agencies responsibility to forward it to the appropriate address of said agency. Once it reaches the agency the request is filed and the FOIA/PA acts apply. Under the prison mailbox rule once Banks hands his mail to the correctional officer it is deemed filed and therefore it is of no consequence if the mail was lost or not. The Defendants by not responding violated the Privacy Act and FOIA. Banks sufficiently alleged agency misconduct when he stated that FBI agents framed him and where seeking to curtail his access to the records. Banks was in the County jail and federal prison and back and forth by way of the Department of Justice Prosecutors and US Marshals that kept shuttling him around from Pittsburgh to Oklahoma City to Canaan and back again to create a situation that when Banks was representing himself he could not effectively do so because for instance while he was on a US Marshall plane chained and shackled on his way back to Pittsburgh for trial the US Attorneys office returned an 8 count second superceding indictment against him and pushed it in the newspepers while Banks had not even been served with a copy. Unbelieveable conduct by these vagrants of injustice. Plaintiffs dispute everything that Defendants asay in its entirety, thus there is a genuine issue of material facts and this case must proceed and the records must be released immediately. Defendants motions must be denied, Plaintiffs motions must be granted.

Respectfully submitted,

Frederick Banks
#05711-068
Unit 2Au
PO Box 5000
Yazoo City, MS 39194-5000

PLAINTIFFS

Executed under the penalty for perjury to the best of my knowledge and belief. 28 USC § 1746.

## Certificate of Service

I hereby certify that on this 8th day of May, 2007 I served a true and correct copy of the foregoing via electronic mail upon the following

W. Mark Nebeker
AUSA
Civil Division
555 4th Street, NW
Washington, DC 20530

_____
Frederick Banks