UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FREDERICK BANKS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 06-1950 (EGS) |
| DEPARTMENT OF JUSTICE, *et al.*, | ) ) ) |
| Defendants. | ) |

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

ORDERED that plaintiff's motion for summary judgment [Dkt. #25] is DENIED, and it is further

ORDERED that defendants' motion to dismiss or, in the alternative, for summary judgment [Dkt. # 20] is GRANTED IN PART and DENIED IN PART WITHOUT PREJUDICE, and it is further

ORDERED that, within 45 days of entry of this Order, defendants shall file a renewed motion for summary judgment on the remaining unresolved issues and a status report on the processing of plaintiff's FOIA and Privacy Act requests to FBIHQ if it has not completed its review of responsive records by that date.

SO ORDERED.

Signed:   EMMET G. SULLIVAN
United States District Judge

Dated:   March 16, 2008