```
                UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF COLUMBIA

VAMPIRE NATION and FREDERICK BANKS,)
                                   )
          Plaintiff,               )
                                   )
     v.                            ) Civil Action No. 06-1950 EGS
                                   )
DEPARTMENT OF JUSTICE, et al.,     )
                                   )
          Defendants.              )
_____)
```

## STATUS REPORT TO THE COURT REGARDING FBI RECORDS

Pursuant to the Court's March 17, 2008 Memorandum Opinion at 12, n.7, the Federal Bureau of Investigation ("FBI") hereby advises the Court of the status of the processing of FBI records in this action. The FBI has independently notified Frederick Banks of the estimated total cost for the duplication of records responsive to his request ($310.50) and of his need to make the payment in advance of further processing. See May 1, 2008 Declaration of David M. Hardy, ¶¶ 5-15 and Letter dated April 9, 2008.[1] If Mr. Banks makes the full payment in a timely manner, the FBI has estimated that the processing of his request can be completed by October 31, 2008. Id., ¶ 18. If Mr. Banks fails to pay the fees discussed in the April 9th Letter and does not reduce the scope of his request appropriately, the FBI intends, consistent with its regulations, to process the first 100 pages

---

[1] As noted in the declaration, the letter was initially sent to an incorrect address, but was then resent to plaintiff Banks on April 15, 2008. The FBI is therefore interpreting Mr. Banks' time to respond to the letter as May 15, 2008. May 1, 2008 Hardy Decl., ¶¶ 15-17 and fn.5.

of records, which it estimates can be accomplished by May 29, 2008.  Id., ¶ 17.

>                          Respectfully submitted,
>
>                          _____
>                          JEFFREY A. TAYLOR, DC Bar #498610
>                          United States Attorney
>
>                          _____
>                          RUDOLPH CONTRERAS, DC Bar #434122
>                          Assistant United States Attorney
>
>                          _____/s/
>                          W. MARK NEBEKER, DC Bar #396739
>                          Assistant United States Attorney

CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that service of the foregoing Status Report To The Court Regarding FBI Records has been made by mailing a copy thereof to:

FREDERICK BANKS
No. 05711-068
PO Box 999
Butner, NC  27509

on the 1st day of May, 2008.

                                              /s/
W. MARK NEBEKER, DC Bar #396739
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, DC  20530
(202) 514-7230