UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

VAMPIRE NATION and FREDERICK BANKS,)
                                   )
        Plaintiff,            )
                                     )
     v.                    ) Civil Action No. 06-1950 EGS
                                     )
DEPARTMENT OF JUSTICE, et al.,   )
                                   )
        Defendants.          )
_____)

NOTICE OF FILING

The Federal Bureau of Investigation hereby provides notice of the filing of the attached Declaration and Exhibits[1] referenced in the Status Report To The Court Regarding FBI Records, filed May 1, 2008.

Respectfully submitted,

_____
JEFFREY A. TAYLOR, DC Bar #498610
United States Attorney


_____
RUDOLPH CONTRERAS, DC Bar #434122
Assistant United States Attorney


_____/s/
W. MARK NEBEKER, DC Bar #396739
Assistant United States Attorney

_____

[1] The documents have been redacted, consistent with Local Civ. R. 5.4(f), to exclude social security numbers and dates of birth.

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that service of the foregoing Notice Of

Filing and attachments has been made by mailing copies thereof

to:

FREDERICK BANKS
No. 05711-068
Unit 2AW
P.O. Box 5000
Yazoo City, Mississippi  34194-5000

on this 2nd day of May, 2008.[2]

                                        _____ /s/
                              W. MARK NEBEKER
                              Assistant United States Attorney
                              555 4th Street, N.W.
                              Civil Division
                              Washington, DC  20530
                              (202) 514-7230

_____

[2]  In addition, copies of the Status Report To The Court
Regarding FBI Records and the Renewed Motion To Dismiss Or, In
The Alternative, Summary Judgment, and proposed Order filed May
1, 2008, has been mailed this date to Mr. Banks at the above
address, in light of his address change.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

VAMPIRE NATION, et al.,

    Plaintiffs,

        v.

U.S. DEPARTMENT OF JUSTICE, et al.,

    Defendants.

Civil Action No. 06-CV-1950

## DECLARATION OF DAVID M. HARDY

I, David M. Hardy, declare as follows:

(1)    I am currently the Section Chief of the Record/Information Dissemination Section ("RIDS"), Records Management Division ("RMD"), at the Federal Bureau of Investigation Headquarters ("FBIHQ") in Washington, D.C. I have held this position since August 1, 2002. Prior to joining the FBI, from May 1, 2001 to July 21, 2002, I was the Assistant Judge Advocate General of the Navy for Civil Law. In that capacity, I had direct oversight of Freedom of Information Act ("FOIA") policy, procedures, appeals, and litigation for the Navy. From October 1, 1980 to April 30, 2001, I served as a Navy Judge Advocate at various commands and routinely worked with FOIA matters. I am also an attorney who has been licensed to practice law in the state of Texas since 1980.

(2)    In my official capacity as Section Chief of RIDS, I supervise approximately 192 employees who staff a total of ten (10) units and a field operational service center unit whose collective mission is to effectively plan, develop, direct, and manage responses to requests for access to FBI records and information pursuant to the FOIA; Privacy Act; Executive Order 12958, as amended; Presidential, Attorney General, and FBI policies and procedures; judicial decisions; and Presidential and Congressional directives. The statements contained in this declaration are based upon my personal knowledge, upon information provided to me in my

official capacity, and upon conclusions and determinations reached and made in accordance therewith.

(3)    Due to the nature of my official duties, I am familiar with the procedures followed by the FBI in responding to requests for information from its files pursuant to the provisions of the FOIA, 5 U.S.C. § 552, and the Privacy Act of 1974, 5 U.S.C. § 552a. Specifically, I am aware of the treatment which has been afforded the FOIA/Privacy Act requests for documents related to plaintiff, Frederick H. Banks.

(4)    The purpose of this declaration is to provide the Court and plaintiff with a progress report on the FBI's efforts to communicate with plaintiff regarding his requests, including communications regarding fees and the possibility of reducing the scope of his request to the Pittsburgh Field Office ("PGFO"). This declaration also provides time estimates for release of records to the plaintiff in the event that he does pay fees.

## CHRONOLOGY OF PLAINTIFF'S FOIA REQUESTS

(5)    By separate letters dated January 15, 2005, addressed to FBIHQ and the PGFO, Frederick H. Banks submitted FOIA/Privacy Act requests on behalf of himself for the following records:

1. All "main" files listing my name;
2. All "reference" files listing my name;
3. All files referencing me within the "I-drives" of any agent listed in the main or reference files.

**(See Exhibit A.)**

(6)    By seven separate letters dated January 20, 2005, addressed to each of the following field offices: Washington, Cleveland, Atlanta, Seattle, Denver, Boulder, and Los Angeles Field Offices, Frederick H. Banks submitted FOIA/Privacy Act requests on behalf of himself for the following records:

1. All "main" files listing my name;
2. All "reference" files listing my name;
3. All files referencing me within the "I-drives" of any agent listed in the main

-2-

or reference files.  **(See Exhibit B.)**

(7)    By letter dated January 28, 2005, the FBI requested a notarized authorization from plaintiff prior to processing any documents pertaining to his FOIA/Privacy Act requests.  **(See Exhibit C.)**

(8)    By letter dated January 31, 2005, the FBI acknowledged receipt of plaintiff's January 15, 2005 FOIA/Privacy Act request to the PGFO, and notified plaintiff that the request had been assigned FOIPA Request No. 1012662-000.  **(See Exhibit D.)**

(9)    Our administrative records show that plaintiff responded to the FBI's January 28, 2005 letter with a notarized authorization dated February 3, 2005.  **(See Exhibit E.)**

(10)    By letter dated February 22, 2005, the FBI acknowledged receipt of plaintiff's January 15, 2005 FOIA/Privacy Act request sent to FBIHQ, and notified plaintiff that the request had been assigned FOIPA Request No. 1012662.  **(See Exhibit F.)**

(11)    By letter dated March 16, 2005, the FBI notified plaintiff that no records responsive to his FOIA/Privacy Act requests were located by a search of the automated indices at FBIHQ, and the following field offices: Atlanta, Cleveland, Denver,[1] Los Angeles, Seattle, and the Washington Field Office.  FBIHQ also notified the plaintiff that the material requested from the PGFO was located in an investigative file which was exempt from disclosure pursuant to FOIA Exemption 7(A), 5 U.S.C. § 552(b)(7)(A).  **(See Exhibit G.)**

(12)    By letter dated March 28, 2005, plaintiff appealed FBIHQ's March 16, 2005 "no records" determination and the denial of records under Exemption 7(A) to the U.S. Department of Justice ("DOJ") Office of Information and Privacy ("OIP").  **(See Exhibit H.)**

---

[1] The Boulder Resident Agency ("RA") is part of the Denver Field Office ("DFO"). Consequently, the Boulder RA would not have any separate records from the DFO and any request to the Boulder RA would be forwarded to the DFO.

(13)    By letter dated April 8, 2005, DOJ OIP acknowledged receipt of plaintiff's administrative appeal and advised plaintiff that it had been assigned Appeal Number 05-1436. (<u>See</u> **Exhibit I.**)

(14)    On or about January 22, 2007, DOJ OIP advised the FBI that plaintiff's March 28, 2005 appeal had not been addressed and that the appeal was closed administratively since plaintiff had filed a lawsuit prior to the appeal being reviewed by DOJ OIP.[2]

(15)    By letter dated April 9, 2008,[3] the FBI wrote to plaintiff regarding his January 15, 2005 FOIA/Privacy Act request to the PGFO.[4]  In this letter, plaintiff was informed that records potentially responsive to his request were located in a file containing approximately 3,205 pages, and that in accordance with the DOJ regulations, 28 C.F.R. §§ 16.11(i) and 16.49, since the estimated duplication fees exceed $250 and plaintiff had failed to pay a properly charged FOIA fee to another component of DOJ, the FBI was requesting advance payment of $310.50 before it commenced processing these records.  Plaintiff was also informed about the possibility of 1) reducing the scope of his request in order to reduce the amount of fees or 2) paying nothing and

---

[2] Although DOJ OIP told the FBI that they were going to close plaintiff's appeal, they instead sent a letter dated March 12, 2007, affirming the FBI's March 16, 2005 response to plaintiff's requests. (<u>See</u> **Exhibit J.**) DOJ OIP has indicated to the FBI that this letter was sent in error and plaintiff's appeal should have been closed since plaintiff had filed the present lawsuit prior to DOJ OIP making a determination on his appeal..

[3] This letter was sent to plaintiff's previous address on April 9, 2008, and then resent on April 15, 2008 to his current address at:

> Register No. 05711-068
> Federal Correctional Institution
> Post Office Box 5000
> Yazoo City, MS  39194.

[4] The records responsive to plaintiff's request to the PGFO had previously been withheld in full pursuant to FOIA Exemption 7(A), which was communicated to plaintiff in a March 16, 2005 letter from the FBI. <u>See</u> <u>supra</u> ¶ 11. Subsequent to this letter being sent, the FBI closed its investigation concerning the plaintiff, and therefore, Exemption 7(A) no longer applies to the responsive records.

receiving only the first 100 pages of responsive records. Finally, this letter stated that if within 30 days from the date of this letter,[5] plaintiff had not remitted the fees detailed above or responded via telephone or letter regarding how he wished to proceed, the FBI would process only the first 100 releasable pages and close plaintiff's request administratively. **(See Exhibit K.)**

(16)    As of this date, the FBI has no record of being contacted by plaintiff with regard to its April 9, 2008 letter.

### TIME ESTIMATES FOR RELEASE OF RESPONSIVE RECORDS

(17)    If plaintiff fails to pay the fees discussed in the FBI's April 9, 2008 letter, or contact the FBI regarding reducing the scope of his request to the PGFO by May 15, 2008,[6] see supra, ¶ 15, the FBI will process the first 100 pages of responsive records and make a release of all non-exempt portions of these records to plaintiff no later than May 29, 2008.

(18)    If plaintiff pays the fees discussed in the FBI's April 9, 2008 letter, see supra, ¶ 15, the FBI will need until October 31, 2008 to process the 3,205 pages of potentially responsive records. Due to the volume and complexity of the material, the FBI would release documents to plaintiff on a rolling basis. As the processing of a significant number of documents is completed, the FBI would make releases approximately every four (4) weeks until the production was complete, rather than delay the release until the entire production was ready.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true

---

[5] Because the April 9, 2008 letter was initially sent to plaintiff's previous address, the FBI is calculating this 30 day time period from April 15, 2008, which is the date that the letter was sent to plaintiff's current address. Thirty days from April 15, 2008, is May 15, 2008.

[6] See supra footnote 4.

-5-

and correct, and that Exhibits A through K attached hereto are true and correct copies.

Executed this ___1st___ day of May, 2008.


DAVID M. HARDY
Section Chief
Record/Information Dissemination Section
Records Management Division
Federal Bureau of Investigation
Washington, D.C.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

VAMPIRE NATION, <u>et al.</u>,            )
                                          )
          Plaintiffs,                     )
                                          )
     v.                                   )  Civil Action No. 06-CV-1950
                                          )
DEPARTMENT OF JUSTICE, <u>et al.</u>,      )
                                          )
          Defendants.                     )
                                          )

# EXHIBIT A

Frederick H. Banks
Doc # 120759
Allegheny County Jail
950 Second Avenue
Pittsburgh, PA 15219


FOIA/PA Officer
David M Hardy
Federal Bureau of Investigation
Records/Information Dissemination Section
Records Management Division
Washington, DC    20535


January 15, 2005


To the FOIA / PA officer


Pursuant to the Freedom of Information Act and the Privacy Act of 1974, I hereby request all documents, electronic and physical, within the DC field office that relate to me, mention me, or otherwise list my name. This includes, but is not limited to: 1. All "Main" files listing my name;

   2. All "reference" files listing my name;

   3. All files referencing me within the "I-drives" of any agent listed in the main or reference files.

In addition, I am requesting the results of my name when placed in each and every database maintained or accessible by the FBI except the fingerprint Identification record system of the National Crime Information Center System to the extent the queries require my fingerprints. If the query results in a no matches found or similar response, I am requesting a printout of the response.

or reference files.

In addition, I am requesting the results of my name when placed in each and every database maintained or accessible by the FBI except the fingerprint Identification record system of the National Crime Information Center system to the extent the queries require my fingerprints. If the query results in a no matches found or similar response, I am requesting a printout of the response.

All communications are to be made to the address listed on top of this letter. Sending communications to alternative addresses constitutes an improper withholding of agency records. My identifying information is: Frederick Hamilton Banks; SS# ████████; FBI# 872486CB1; USM# CS7110G8; Date of Birth- ██████; Place of Birth- Pittsburgh. However files may be held in systems not sorted or accessible through the above referenced identifiers.

I certify under the penalty for perjury that I am the person making this request, and that all identifying information listed herein is true. 28 USC 1746.

Respectfully submitted,

Frederick H. Banks

Name: Frederick Banks
Number: #120759
ALLEGHENY COUNTY JAIL
950 2ND AVENUE
PITTSBURGH PA 15219-3100

ADDRESS MUST BE PRINTED BELOW THIS MESSAGE.



PRESORTED
FIRST CLASS

UNITED STATES POSTAGE

02 1A          $ 00.27⁸
0004346026    FEB 09 2005
MAILED FROM ZIP CODE 15219

FOIA / PA Officer
David M. Hardy
Federal Bureau of Investigation
Records/information Dissemination Section
Records Management Division
Washington, D.Z. 20535

Frederick H Banks
Doc # 130759
Allegheny County Jail
950 Second Avenue
Pittsburgh PA 15219


FOIA/PA Officer
Federal Bureau of Investigation
3311 East Carson Street
Pittsburgh PA 15203


January 15, 2005


To the FOIA / PA Officer


Pursuant to the Freedom of Information Act and the Privacy Act of [illegible]
request all documents, electronic and physical, within the Pittsburgh field [illegible]
to me, mention me, or otherwise list my name. This includes, but is not [illegible]
To: 1. All "Main" files listing my name.

2. All "reference" files listing my name

3. All files referencing me within the "I-dexes" of any agent [illegible]
main or reference files

In addition, I am requesting the results of my name when placed in [illegible]
database maintained or accessible by the FBI except the fingerprint [illegible]
system of the National Crime Information Center System to the extent [illegible]
require my fingerprints, if the query results in a no matches found or [illegible]
I am requesting a printout of the response.


All communications are to be made to the address listed on top of this [illegible]
communications to alternative addresses constitutes an improper withholding [illegible]
My identifying information is: (Frederick Hamilton Banks; SS# ████
872486CB1; USmt 05711068, Date of Birth ████; Place of Birth [illegible]
However files may be held in systems not sorted or accessible through the [illegible]
identifiers

I certify under the penalty for perjury that I am the person [illegible]

...and that all identifying information listed herein is true. 28 USC 1746

Respectfully submitted.

Frederick H Banks



IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VAMPIRE NATION, et al., | ) |
| | ) |
| | ) |
| Plaintiffs, | ) |
| | ) Civil Action No. 06-CV-1950 |
| v. | ) |
| | ) |
| DEPARTMENT OF JUSTICE, et al., | ) |
| | ) |
| Defendants. | ) |
| | ) |

# EXHIBIT B

Frederick Hamilton Banks - DOC #120759 - Allegheny County Jail -
950 Second Avenue - Pittsburgh, PA 15219

January 20, 2005

FOIA/PA Officer

Federal Bureau of Investigation
Louisville Metro Field Office
601 4th St, NW.
Washington DC 20535-0002

To the FOIA/PA Officer:

Pursuant to the Freedom of Information Act and the Privacy Act of 1974,
I hereby request all documents, electronic and physical, within the
above named field office that relate to me, mention me, or otherwise
list my name. This includes, but is not limited to:
1. All "Main" files listing my name;
2. All "reference" files listing my name;
3. All files referencing me within the "I-drives" of any agent listed
in the main or reference files.
In addition, I am requesting the results of my name when placed in each
and every database maintained or accessible by ___FBI___ except
the fingerprint identification record system of the national crime
information center system to the extent the queries require my fingerprints,
if the query results in a no matches found or similar response, I am
requesting a printout of the response.

All communications are to be made to the address listed on top of this
letter. Sending communications to alternative addresses constitutes
an improper withholding of agency records.

My identifying information is: Frederick Hamilton Banks; Date of Birth
███████; Place of Birth - Pittsburgh; SS# ███████; USM# 05711068;
FBI# 872486CB1. However, files may be held in systems not sorted or
accessible through the above referenced identifiers.

I certify under the penalty for perjury that I am the person making this
request, and that all identifying information listed herein is true.
28 USC 1746.

Respectfully submitted,

Frederick H. Banks

Frederick Hamilton Banks - DOC #120759 - Allegheny County Jail - 950 Second Avenue - Pittsburgh, PA 15219

January 20, 2005

FOIA/PA Officer
Federal Bureau of Investigation
1501 Lakeside Avenue
Cleveland OH 44114

To the FOIA/PA Officer:

Pursuant to the Freedom of Information Act and the Privacy Act of 1974, I hereby request all documents, electronic and physical, within the above named field office that relate to me, mention me, or otherwise list my name. This includes, but is not limited to:
1. All "Main" files listing my name;
2. All "reference" files listing my name;
3. All files referencing me within the "I-drives" of any agent listed in the main or reference files.
In addition, I am requesting the results of my name when placed in each and every database maintained or accessible by ___FBI___ except the fingerprint identification record system or the national crime information center system to the extent the queries require my fingerprints. if the query results in a no matches found or similar response, I am requesting a printout of the response.

All communications are to be made to the address listed on top of this letter. Sending communications to alternative addresses constitutes an improper withholding of agency records.

My identifying information is: Frederick Hamilton Banks; Date of Birth ▓▓▓▓▓▓; Place of Birth - Pittsburgh; SS# ▓▓▓▓▓▓▓▓; USM# 05711068; FBI# 872486CB1. However, files may be held in systems not sorted or accessible through the above referenced identifiers.

I certify under the penalty for perjury that I am the person making this request, and that all identifying information listed herein is true. 28 USC 1746.

Respectfully submitted,

Frederick H. Banks

Frederick Hamilton Banks - DOC #120759 - Allegheny County Jail - 950 Second Avenue - Pittsburgh, PA 15219

January 20, 2005

FOIA/PA Officer
Federal Bureau of Investigation
Suite 400, 2635 Century Center Parkway, N.E.
Atlanta GA 30345

To the FOIA/PA Officer:

Pursuant to the Freedom of Information Act and the Privacy Act of 1974, I hereby request all documents, electronic and physical, within the above named field office that relate to me, mention me, or otherwise list my name. This includes, but is not limited to:
1. All "Main" files listing my name;
2. All "reference" files listing my name;
3. All files referencing me within the "i-drives" of any agent listed in the main or reference files.
In addition, I am requesting the results of my name when placed in each and every database maintained or accessible by ___FBI___ except the fingerprint identification record system of the national crime information center system to the extent the queries require my fingerprints, if the query results in a no matches found or similar response, I am requesting a printout of the response.

All communications are to be made to the address listed on top of this letter. Sending communications to alternative addresses constitutes an improper withholding of agency records.

My identifying information is: (Frederick Hamilton Banks; Date of Birth ██████, Place of Birth - Pittsburgh; SS# ██████████; USM# 05711068; FBI# 872486CB1. However, files may be held in systems not sorted or accessible through the above referenced identifiers.

I certify under the penalty for perjury that I am the person making this request, and that all identifying information listed herein is true. 28 USC 1746.

Respectfully submitted,

Frederick H. Banks

Frederick Hamilton Banks - DOC #120759 - Allegheny County Jail - 950 Second Avenue - Pittsburgh, PA 15219

January 20, 2005

FOIA/PA Officer
Federal Bureau of Investigation
1110 Third Ave.
Seattle, WA 98101-2901

To the FOIA/PA Officer:

Pursuant to the Freedom of Information Act and the Privacy Act of 1974, I hereby request all documents, electronic and physical, within the above named field office that relate to me, mention me, or otherwise list my name. This includes, but is not limited to:
1. All "Main" files listing my name;
2. All "reference" files listing my name;
3. All files referencing me within the "I-drives" of any agent listed in the main or reference files.
In addition, I am requesting the results of my name when placed in each and every database maintained or accessible by    FBI          except the fingerprint identification record system of the national crime information center system to the extent the queries require my fingerprints. if the query results in a no matches found or similar response, I am requesting a printout of the response.

All communications are to be made to the address listed on top of this letter. Sending communications to alternative addresses constitutes an improper withholding of agency records.

My identifying information is: Frederick Hamilton Banks; Date of Birth ▮▮▮▮▮▮; Place of Birth - Pittsburgh; SS# ▮▮▮▮▮▮; USM# 05711068; FBI# 872486CB1. However, files may be held in systems not sorted or accessible through the above referenced identifiers.

I certify under the penalty for perjury that I am the person making this request, and that all identifying information listed herein is true. 28 USC 1746.

Respectfully submitted,

Frederick H. Banks

Frederick Hamilton Banks - DOC #120759 - Allegheny County Jail -
950 Second Avenue - Pittsburgh, PA 15219

January 20, 2005

FOIA/PA Officer
Federal Bureau of Investigation
1823 Byron G. Rogers Federal Building
1961 Stout Street, Suite 1823
Denver Co 80294
To the FOIA/PA Officer:

Pursuant to the Freedom of Information Act and the Privacy Act of 1974,
I hereby request all documents, electronic and physical, within the
above named field office that relate to me, mention me, or otherwise
list my name. This includes, but is not limited to:
1. All "Main" files listing my name;
2. All "reference" files listing my name;
3. All files referencing me within the "I-drives" of any agent listed
in the main or reference files.
In addition, I am requesting the results of my name when placed in each
and every database maintained or accessible by    FBI         except
the fingerprint identification record system of the national crime
information center system to the extent the queries require my fingerprints.
if the query results in a no matches found or similar response, I am
requesting a printout of the response.

All communications are to be made to the address listed on top of this
letter. Sending communications to alternative addresses constitutes
an improper withholding of agency records.

My identifying information is: Frederick Hamilton Banks; Date of Birth
███████; Place of Birth - Pittsburgh; SS# ███████; USM# 05711068;
FBI# 872486CBI. However, files may be held in systems not sorted or
accessible through the above referenced identifiers.

I certify under the penalty for perjury that I am the person making this
request, and that all identifying information listed herein is true.
28 USC 1746.

Respectfully submitted,

Frederick H. Banks

Frederick Hamilton Banks - DOC #120759 - Allegheny County Jail -
950 Second Avenue - Pittsburgh, PA 15219

January 20, 2005

FOIA/PA Officer

Federal Bureau of Investigation
1050 Walnut, suite 214
Boulder, Co 80302

To the FOIA/PA Officer:

Pursuant to the Freedom of Information Act and the Privacy Act of 1974,
I hereby request all documents, electronic and physical, within the
above named field office that relate to me, mention me, or otherwise
list my name. This includes, but is not limited to:
1. All "Main" files listing my name;
2. All "reference" files listing my name;
3. All files referencing me within the "I-drives" of any agent listed
in the main or reference files.
In addition, I am requesting the results of my name when placed in each
and every database maintained or accessible by ___ FBI ___ except
the fingerprint identification record system of the national crime
information center system to the extent the queries require my fingerprints,
if the query results in a no matches found or similar response, I am
requesting a printout of the response.

All communications are to be made to the address listed on top of this
letter. Sending communications to alternative addresses constitutes
an improper withholding of agency records.

My identifying information is: Frederick Hamilton Banks; Date of Birth
████████; Place of Birth - Pittsburgh; SS# ████████; USM# 05711068;
FBI# 872486CB1. However, files may be held in systems not sorted or
accessible through the above referenced identifiers.

I certify under the penalty for perjury that I am the person making this
request, and that all identifying information listed herein is true.
28 USC 1746.

Respectfully submitted,

Frederick H. Banks

Frederick Hamilton Banks - DOC #120759 - Allegheny County Jail -
950 Second Avenue - Pittsburgh, PA 15219

January 20, 2005

FOIA/PA Officer
Federal Bureau of Investigation
11000 Wilshire Blvd, Suite 1700
Los Angeles CA 90024

To the FOIA/PA Officer:

Pursuant to the Freedom of Information Act and the Privacy Act of 1974,
I hereby request all documents, electronic and physical, within the
above named field office that relate to me, mention me, or otherwise
list my name. This includes, but is not limited to:
1. All "Main" files listing my name;
2. All "reference" files listing my name;
3. All files referencing me within the "I-drives" of any agent listed
in the main or reference files.
In addition, I am requesting the results of my name when placed in each
and every database maintained or accessible by __FBI__ except
the fingerprint identification record system of the national crime
information center system to the extent the queries require my fingerprints,
if the query results in a no matches found or similar response, I am
requesting a printout of the response.

All communications are to be made to the address listed on top of this
letter. Sending communications to alternative addresses constitutes
an improper withholding of agency records.

My identifying information is: Frederick Hamilton Banks, Date of Birth
████████; Place of Birth - Pittsburgh; SS# ████████; USM# 05711068;
FBI# 872486CB1. However, files may be held in systems not sorted or
accessible through the above referenced identifiers.

I certify under the penalty for perjury that I am the person making this
request, and that all identifying information listed herein is true.
28 USC 1746.

Respectfully submitted,

Frederick H. Banks

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

VAMPIRE NATION, et al.,                          )
                                                 )
        Plaintiffs,                              )
                                                 )  Civil Action No. 06-CV-1950
                v.                               )
                                                 )
DEPARTMENT OF JUSTICE, et al.,                   )
                                                 )
        Defendants.                              )
                                                 )

# EXHIBIT C



U.S. Department of Justice

Federal Bureau of Investigation

*Washington, D.C. 20535*

January 28 2005

Frederick H. Banks
**120759
Allegheny County Jail
950 Second Avenue
Pittsburgh, PA  15219

Dear Mr. Banks:

Your Freedom of Information-Privacy Acts (FOIPA) request is being returned. Your letter did not contain sufficient information to conduct an accurate search of the central records system at FBI Headquarters. The following information is necessary:

Full Name: _____

Current Address: _____

Date of Birth: _____  Place of Birth: _____

Daytime Telephone Number: _____

You may also wish to provide prior addresses, employments, aliases, etc., which you believe may assist the FBI in locating the information you seek. _____

_____

_____

Under penalty of perjury, I hereby declare that I am the person named above and I understand that any falsification of this statement is punishable under the provisions of Title 18, United States Code (U.S.C.), Section 1001 by a fine of not more than $10,000 or by imprisonment of not more than five years, or both; and that requesting or obtaining any record(s) under false pretenses is punishable under the provisions of Title 5, U.S.C., Section 552a(1)(3) as a misdemeanor and by a fine of not more than $5,000.

Signature_____  Date_____

To initiate your FOIPA request, please returned the original request letter with the requested information. Please note that mail addressed to the FBI is delayed several weeks due to increased security procedures now in place. You may fax your response directly to the RID Section at 202-324-3752.

Sincerely yours,

David M. Hardy
Section Chief
Record/Information
    Dissemination Section
Records Management Division

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

VAMPIRE NATION, et al.,                )
                                       )
        Plaintiffs,                    )
                                       )    Civil Action No. 06-CV-1950
        v.                             )
                                       )
DEPARTMENT OF JUSTICE, et al.,         )
                                       )
        Defendants.                    )

# EXHIBIT D



**U.S. Department of Justice**

**Federal Bureau of Investigation**

*Washington, D.C. 20535*

January 31, 2005

Mr. Frederick Hamilton Banks
**120759
950 Second Avenue
Pittsburgh, PA  15219-3100

Request No.:  1012662- 000
Subject: Banks, Frederick Hamilton

Dear Mr. Banks:

☒     This acknowledges receipt of your Freedom of Information-Privacy Acts (FOIPA) request to the FBI. Your request was forwarded to FBI Headquarters from the Pittsburgh Field Office.

☐     For an accurate search of our records, please provide the complete name, alias, date and place of birth for the subject of your request. Any other specific data you could provide such as prior addresses, or employment information would also be helpful.  If your subject is deceased, please include date and proof of death.

☐     To make sure information about you is not released to someone else, we require your notarized signature or, in place of a notarized signature, a declaration pursuant to Title 28, United States Code 1746.  For your convenience, the reverse side of this letter contains a form which may be used for this purpose.

☐     If you want the FBI's Criminal Justice Information System (CJIS) to perform a search for your arrest record, please follow the enclosed instructions in Attorney General Order 556-73.  You must submit fingerprint impressions so a comparison can be made  with the records kept by CJIS. This is to make sure your information is not released to an unauthorized person.

☐     We are searching the indices to our central records system at FBI Headquarters for the information you requested, and will inform you of the results as soon as possible.

☐     Processing delays have been caused by the large number of requests received by the FOIPA.  We will process your request(s) as soon as possible.

    Your request has been assigned the number indicated above.  Please use this number in all correspondence with us.  Your patience is appreciated.

Sincerely yours,

David M. Hardy
Section Chief,
Record/Information
    Dissemination Section
Records Management Division

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| VAMPIRE NATION, et al., | ) |
| | ) |
| | ) |
| Plaintiffs, | ) |
| | ) Civil Action No. 06-CV-1950 |
| v. | ) |
| | ) |
| DEPARTMENT OF JUSTICE, et al., | ) |
| | ) |
| Defendants. | ) |
| | ) |

# EXHIBIT E



U.S. Department of Justice

Federal Bureau of Investigation

*Washington, D.C. 20535*

January 28, 2005

Frederick H. Banks
**120759
Allegheny County Jail
950 Second Avenue
Pittsburgh, PA  15219

Dear Mr. Banks:

Your Freedom of Information-Privacy Acts (FOIPA) request is being returned. Your letter did not contain sufficient information to conduct an accurate search of the central records system at FBI Headquarters. The following information is necessary:

Full Name: _Frederick Hamilton Banks_

Current Address: _#120759, Allegheny County Jail, 950 Second Avenue, Pittsburgh PA 15219_

Date of Birth: ▓▓▓▓  Place of Birth: _Pittsburgh_

Daytime Telephone Number: _NONE_

You may also wish to provide prior addresses, employments, aliases, etc., which you believe may assist the FBI in locating the information you seek. _52 South 8th Street - Pittsburgh PA 15203_

_Vampire Nation, Hexagon LLC, Hexagon Records, Seach Syndicate Inc., Mark Howard, Reankhamen@aol.com, Dave Weixant, Rick Lucke, John Cain, Mark Adams, Rick Burgess, Fortly@aol.com, Hexagonrep@aol.com_

_28 USC 41746_

Under penalty of perjury, I hereby declare that I am the person named above ~~and I understand that any falsification of this statement is punishable under the provisions of Title 18, United States Code (U.S.C.), Section 1001 by a fine of not more than $10,000 or by imprisonment of not more than five years, or both; and that requesting or obtaining any records under false pretenses is punishable under the provisions of Title 5, U.S.C., Section 552a(i)(3) as a misdemeanor and by a fine of not more than $5,000.~~

Signature _____  Date _2/3/05_

To initiate your FOIPA request, please returned the original request letter with the requested information. Please note that mail addressed to the FBI is delayed several weeks due to increased security procedures now in place. You may fax your response directly to the RID Section at 202-324-3752.

Sincerely yours,

*David M. Hardy*

David M. Hardy
Section Chief
Record/Information
  Dissemination Section
Records Management Division

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VAMPIRE NATION, <u>et al.</u>, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Civil Action No. 06-CV-1950 |
| v. ) | |
| ) | |
| DEPARTMENT OF JUSTICE, <u>et al.</u>, ) | |
| ) | |
| Defendants. ) | |

# EXHIBIT F



**U.S. Department of Justice**

Federal Bureau of Investigation

Washington, D. C. 20535-0001

February 22, 2005

Mr. Frederick H. Banks
**120759
950 Second Avenue
Pittsburgh, PA 15219

Request # 1012662

Dear Mr. Banks:

This acknowledges receipt of your Freedom of Information-Privacy Acts (FOIPA) request

to the FBI Headquarters. The FOIPA number listed above has been assigned to your

request.

Sincerely yours,

David M. Hardy
Section Chief
Record/Information
  Dissemination Section
Records Management Division

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VAMPIRE NATION, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) Civil Action No. 06-CV-1950 |
| v. | ) |
| | ) |
| DEPARTMENT OF JUSTICE, et al., | ) |
| | ) |
| Defendants. | ) |
| | ) |

# EXHIBIT G



**U.S. Department of Justice**

**Federal Bureau of Investigation**

*Washington, D.C. 20535*

MR FREDERICK HAMILTON BANKS
**120759
950 SECOND AVENUE
PITTSBURGH, PA 15219 3100

March 16, 2005

Request No.: 1012662- 000
Subject: BANKS, FREDERICK HAMILTON

Dear Mr. Banks:

This is in reference to your Freedom of Information-Privacy Acts (FOIPA) request for information pertaining to the above subject.

We concentrate on identifying main files in the Central Records System at FBI Headquarters. No records pertinent to your FOIPA request were located by a search of the automated indices at FBI Headquarters and the following field offices: Atlanta, Cleveland, Denver, Los Angeles, Seattle, and the Washington Field Office.

In addition, the material you requested from our Pittsburgh Field Office is located in an investigative file which is exempt from disclosure pursuant to Title 5, United States Code, Section 552, subsection (b)(7)(A). For an explanation of this exemption see enclosed Form OPCA-16a. Please note if this file is reviewed under FOIPA in the future, additional exemptions may be applied at that time.

You may appeal this denial by writing to the Co-Director, Office of Information and Privacy, United States Department of Justice, Flag Building, Suite 570, Washington, D.C., 20530, within sixty days from receipt of this letter. The envelope and the letter should be clearly marked "Freedom of Information Appeal" or "Information Appeal." Please cite the FOIPA number assigned to your request so that it may easily be identified.

Sincerely yours,

David M. Hardy
Section Chief,
Record/Information
    Dissemination Section
Records Management Division

Enclosure

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

VAMPIRE NATION, et al.,                          )
                                                 )
          Plaintiffs,                            )
                                                 )
                                                 ) Civil Action No. 06-CV-1950
               v.                                )
                                                 )
DEPARTMENT OF JUSTICE, et al.,                   )
                                                 )
          Defendants.                            )
                                                 )

# EXHIBIT H

Frederick H. Banks
DOC# 120759
950 Second Avenue
Pittsburgh, PA 15219

March 28, 2005

FOIA / PA Appeals Officer
Office of Information and Privacy
U.S. Department of Justice
Washington, DC 20530

In re: FBI 1012662-000

To the FOIA/ PA Appeals Officer:

I appeal the improper withholding of agency records by the FBI. The FBI conducted an
inadequate search by only searching for "main" files and not pursuing the databases listed
in the request.

As to Exemption (b)(7)(A), not all the records are subject to this exemption. The
enforcement proceeding has concluded.

As such, the records must be disclosed forthwith.

Respectfully submitted,

Frederick H. Banks

OFFICE OF INFORMATION
AND PRIVACY

APR 0 1 2005

RECEIVED

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

VAMPIRE NATION, et al.,                    )
                                           )
          Plaintiffs,                      )
                                           )  Civil Action No. 06-CV-1950
               v.                          )
                                           )
DEPARTMENT OF JUSTICE, et al.,             )
                                           )
          Defendants.                      )

# EXHIBIT I



**U.S. Department of Justice**

Office of Information and Privacy

Telephone: (202) 514-3642                    Washington, D.C. 20530

APR 0 8 2005

Mr. Frederick H. Banks
DOC No. 120759
950 Second Avenue
Pittsburgh, PA 15219

   Re:  Request No. 1012662-000

Dear Mr. Banks:

   This is to advise you that your administrative appeal from the action of the Federal Bureau of Investigation on your request for information from the files of the Department of Justice was received by this Office on April 1, 2005.

   The Office of Information and Privacy, which has the responsibility of adjudicating such appeals, has a substantial backlog of pending appeals received prior to yours.  In an attempt to afford each appellant equal and impartial treatment, we have adopted a general practice of assigning appeals in the approximate order of receipt.  Your appeal has been assigned number 05-1436.  Please mention this number in any future correspondence to this Office regarding this matter.

   We will notify you of the decision on your appeal as soon as we can.  The necessity of this delay is regretted and your continuing courtesy is appreciated.

     Sincerely,

     Priscilla Jones
     Chief, Administrative Staff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VAMPIRE NATION, et al., | ) |
| | ) |
| | ) |
| Plaintiffs, | ) |
| | ) Civil Action No. 06-CV-1950 |
| v. | ) |
| | ) |
| DEPARTMENT OF JUSTICE, et al., | ) |
| | ) |
| Defendants. | ) |
| | ) |

# EXHIBIT J



**U.S. Department of Justice**

Office of Information and Privacy

_Telephone: (202) 514-3642_                    _Washington, D.C. 20530_

MAR 1 2 2007

Mr. Frederick H. Banks
Register No. 05711-068
Federal Correctional Institution          Re:     Appeal No. 05-1436
Post Office Box 5000                               Request No. 1012662
Yazoo City, MS  39194                              JTR:TEH

Dear Mr. Banks:

     You appealed from the action of the Federal Bureau of Investigation on your request for access to records pertaining to yourself.

     After carefully considering your appeal, I am affirming the FBI's action on your request. The FBI properly withheld information because it is protected from disclosure under the Freedom of Information Act pursuant to 5 U.S.C. § 552(b)(7)(A). This provision concerns records or information compiled for law enforcement purposes the release of which could reasonably be expected to interfere with enforcement proceedings.

     If you are dissatisfied with my action on your appeal, you may seek judicial review in accordance with 5 U.S.C. § 552(a)(4)(B).

                 Sincerely,

                 Janice Galli McLeod
                 Associate Director

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

VAMPIRE NATION, <u>et al</u>.,                    )
                                                  )
            Plaintiffs,                           )
                                                  )  Civil Action No. 06-CV-1950
                    v.                            )
                                                  )
DEPARTMENT OF JUSTICE, <u>et al</u>.,            )
                                                  )
            Defendants.                           )
                                                  )

# EXHIBIT K

**U.S. Department of Justice**

**Federal Bureau of Investigation**

Washington, D. C. 20535-0001

April 9, 2008

Mr. Frederick Hamilton Banks
**120759
950 Second Avenue
Pittsburgh, PA 15219-3100

Dear Mr. Banks:

Reference is made to your April 6, 2006 Freedom of Information Act (FOIA) request to the FBI Pittsburgh Field Office (PGFO) for records concerning yourself.

The FBI conducted a search of the Central Records System at PGFO and records potentially responsive to your request were located in a file containing approximately 3,205 pages. Pursuant to 28 C.F.R. § 16.11(c)(2), all documents found to be releasable will be subjected to a duplication cost of ten cents per page. The first hundred pages of a release are provided at no cost. 28 C.F.R. § 16.11(d)(3)(i). If all of the potentially responsive records are determined to be actually responsive and releasable, duplication costs would total $310.50. In accordance with the Department of Justice ("DOJ") regulations, 28 C.F.R. §§ 16.11(i) and 16.49, since the estimated duplication fees exceed $250 and you have failed to pay a properly charged FOIA fee to another component of DOJ, we are requesting advance payment before processing commences. No duplication fees will be assessed for pages that are withheld in their entireties pursuant to any FOIA/Privacy Act exemption.

**ADVANCE PAYMENT**

As detailed above, the estimated total cost for the duplication of records responsive to your request is $310.50. Because this amount is above $250.00, we will require you to pay the total amount before we will provide you with more than 100 pages of records responsive to your request. This requirement to pay fees is made pursuant to the DOJ FOIA regulations, which state that:

> Where a component determines or estimates that a total fee to be charged under this section will be more than $250.00, it may require the requester to make an advance payment of an amount up to the amount of the entire anticipated fee before beginning to process the request, except where it receives a satisfactory assurance of full payment from a requester that has a history of prompt payment.

28 C.F.R. § 16.11(i)(2).  Furthermore, DOJ regulations state that:

> Where a requester has previously failed to pay a properly charged
> FOIA fee to any component or agency within 30 days of the date of
> billing, a component may require the requester to pay the full
> amount due, plus any applicable interest, and to make advance
> payment of the full amount of any anticipated fee, before the
> component begins to process a new request or continues to process
> a pending request from that requester.

28 C.F.R. § 16.11(i)(3).  We have been advised by the Executive Office for United States
Attorneys ("EOUSA") that you have failed to pay fees assessed by that office in response to a
FOIA/PA request.  Since you have failed to pay EOUSA, another component of DOJ, for search
fees,[1] the FBI requires that you make advance payment of the total amount of estimated
duplication fees before we will process more than the first 100 pages of records responsive to
your request.

## REDUCTION OF THE SCOPE OF YOUR REQUEST

Pursuant to DOJ regulations, we are notifying you that anticipated duplication fees
for your request exceed $25.00 and that you have "an opportunity to discuss the matter with
[FBI] personnel in order to reformulate the request to meet [your] needs at a lower cost." 28
C.F.R. §§ 16.11 and 16.49.

In an effort to address our backlog of FOIA/Privacy Act requests more
competently and more fairly, the FBI uses a three-queue system to assign and process new
requests.  The placement of a request in one of the three queues depends on the total number of
pages responsive to that request – 500 pages or less (small queue), 501 pages to 2500 pages
(medium queue), or more than 2500 pages (large queue).  The small queue has the fastest rate of
processing.  To accelerate the processing of your request, you may wish to consider reducing the
scope of your request so that it will fall within one of the smaller queues.  The rate of assignment
for processing of responsive records in our large queue is considerably less than the medium
queue, which in turn has a rate of assignment less than our small queue.  Because the number of
pages to be reviewed in response to your request exceeds 2,500 pages, your request has been
placed in our large queue.

We hope that there is a material interest in reducing the scope of your request, and
thereby reducing your duplication costs.  What follows is a descriptive and approximate page
count of the files potentially responsive to your request.  This information will enable you to
make an informed decision concerning reducing the scope of your request.

As discussed above, the PGFO located one file responsive to your request.  This
file, 196E-PG-71633, concerns an internet fraud investigation.  The time period covered by the
file is February 6, 2003 to January 9, 2007.  The file is comprised of three main sections and
eight sub-files.  The three main sections total approximately 990 pages.  The eight sub-files were
created to house information about specific aspects of the investigation.  A breakdown of these
sub-files is enclosed for your review.  See Attachment A.  The breakdown identifies the sub-files,

---

[1] See Banks v. Department of Justice, et al., March 3, 2008 Memorandum Opinion, p. 8-
12.

2

provides a short description of each sub-file, and an estimated page count for each sub-file. This breakdown may enable you to reduce the scope of your request to only the main sections of the file and/or specific sub-files in which you are interested. Additionally, there are other options available to you to reduce the scope of your request: you may be interested in information concerning a very narrow span of time, or a specific incident, such as an arrest. These methods of reducing the scope of your request can be applied singularly or in combination.

In order to reposition your request in a smaller queue, you must reduce the pages to be processed to 500 to 2,500 pages for the medium queue or to 500 pages or less for our small queue. For example, should you wish to receive only the main file, your request would be placed in our medium queue (991 pages), its assignment would be accelerated, and there would be greatly reduced duplication charges. If you decide not to reduce the scope of your request, your request will remain in our large queue and its assignment for processing will be delayed. Currently, a large queue request can wait in line for processing for up to 24 months. Furthermore, as discussed above, if you decide not to reduce the scope of your request, we will require you to submit the entire amount of $310.50 prior to the start of processing of records responsive to your request.

We ask that you review the above information, consider your options, and advise us of how you wish to proceed, e.g., (1) not reduce the scope of your request and make an advance payment of $310.50 in estimated duplication costs; (2) reduce the scope of your request and make an advance payment of a lower amount of fees, the amount of which would be determined and then sent to you in a subsequent letter; or (3) pay nothing and receive only the first 100 pages of responsive records. Please remember to take into consideration that if you choose the first or second option, full payment must be received prior to any further processing of your request. If you wish to discuss your options please contact Mr. Charles R. Miller of my staff at 540-868-4719 or write to him at the Work Processing Unit, Record/Information Dissemination Section, Records Management Division, 170 Marcel Drive, Winchester, VA 22602.

We look forward to hearing from you in advance of May 1, 2008, which is the due date for a status report set by the Court's March 16, 2008 Order, but no later than April 28, 2008. If within 30 days from the date of this letter, you have not remitted the fees detailed above or responded via telephone or letter regarding how you wish to proceed, we will process only the first 100 releasable pages and, thereafter, close your request administratively.

Sincerely yours,

David M. Hardy
Section Chief
Record/Information
    Dissemination Section
    Records Management Division

3

ATTACHMENT A
BREAKDOWN OF SUB-FILES FOR 196E-PG-71633

| Sub | Description |
|---|---|
| 1A | Original notes of interviews; evidence gathered. (1,786 pages) |
| 1B | Tracks evidence acquired during investigation, FD-192s (105 pages) |
| FF | Administrative file (5 pages) |
| FF1 | Pre-seizure file (5 pages) |
| FF2 | Seizure/forfeiture of 1995 BMW (64 pages) |
| FF3 | Seizure/forfeiture of miscellaneous computer equipment (71 pages) |
| FF4 | Seizure/forfeiture of art work collection (3 coins)(54 pages) |
| FF5 | Seizure/forfeiture of 1988 Pontiac Fiero-Ferrari Kit Car (37 pages) |

