UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

**RECEIVED**

MAY - 2 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

FREDERICK BANKS, )

    Plaintiff )

v. )

DEPARTMENT OF JUSTICE, et al., )

    Defendants )

Civil Action No. 06-1950 (EGS)

## MOTION TO ADVANCE COSTS OF FBI and EOUSA DOCUMENTS

Plaintiff Frederick Banks ("Banks") moves the Court for the following relief:

Banks recently received a letter from the FBI dated April 9, 2008 in which it requested advance payment for duplication costs totaling $310.50. As this Court knows, Banks is indigent and cannot afford to pay the fee while confined in federal prison. Banks has a particularized need for the withheld documents for his criminal appeals and to show to another Court the items the FBI confiscated with <u>and without</u> a forfeiture order and authority to offset the amount of money Banks is liable for in restitution. Without the withheld documents Banks will be forced to pay the restitution twice because the documents prove that items that were taken and sold have value that would reduce the restitution amounts in USA v. Banks 03-245, 04-176 (W.D.P.A.) including but not limited to the 1995 Bmw and the 1988 Fiero. (Banks has only learned of the fiero forfeiture when he received the FBI's April 9, 2008 letter. The FBI had no authority to confiscate forfeit or sell that vehicle, at best the FBI must reimburse Banks for that vehicle or at worst it must reduce Banks' restitution by the value of that vehicle.) Banks moves the Court to order that the United States advance costs for the release of 3,205 documents to Banks or waive the fee, and to advance costs in the amount of $168.00 to the Executive Office of the US Attorneys for release of the records Banks sought in connection with this case and or waive the fee. Banks of course will remain fully liable for these

fees through his continuing obligation under 28 USC 1915. Accordingly this motion should be granted.

WHEREFORE, the Plaintiff Frederick Banks respectfully requests that the foregoing motion be granted advancing the fees and releasing the FBI and Eouso records to Banks forthwith.

Respectfully Submitted,

Frederick Banks
05717-068
PO BOX 5000
Yazoo City, MS 39194

PLAINTIFF

Certificate of Service

I hereby certify that on this 28th day of April, 2008 I served a true and correct copy of the foregoing by mail delivery upon the following;

Office of the US Attorney [via electronic notification]

Frederick Banks

MAY - 2 2008