```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA

VAMPIRE NATION and FREDERICK BANKS,)
                                   )
          Plaintiffs,              )
                                   )
     v.                            )Civil Action No. 06-1950 EGS
                                   )
DEPARTMENT OF JUSTICE, et al.,     )
                                   )
          Defendants.              )
                                   )
```

MOTION FOR ENLARGEMENT OF TIME,
AND MEMORANDUM IN SUPPORT THEREOF

Defendants[1] hereby move, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, for an enlargement of time until June 5, 2008, within which to reply to the opposition to Defendants' Renewed Motion To Dismiss Or, in The Alternative, For Summary Judgment. Plaintiff Banks is a federal prisoner and lists in the Complaint no telephone number. Accordingly, he has not been contacted to determine his position on this motion.[2]

Counsel for the defendants anticipates the filing of a reply

---

[1] The remaining defendants are the Federal Bureau of Investigation and the Federal Bureau of Prisons.

[2] Local Civil Rule 7.1(m) requires "counsel" to discuss nondispositive motions with "opposing *counsel*." It does not require counsel to discuss those motions with pro se parties. Nonetheless, it has been the general practice of this office to attempt to discuss such motions with nonprisoner pro se parties. This practice is informed by, and consistent with, Local Civil Rule 16.3(a). Local Civil Rule 16.3(a) excludes prisoner pro se parties from the Court's meet-and-confer requirements. Specifically, that Rule requires "[c]ounsel (including any *nonprisoner* pro se party)" to meet and confer prior to a scheduling conference. Local Civil Rule 16.3(a) (emphasis added).

in this matter, but is in the process of preparing for an evidentiary hearing on Friday, May 23, 2008.  He has also been preparing for depositions in another action that are proceeding next week.  His responsibilities in these matters have not allowed sufficient time to confer with agency counsel and to complete the needed reply in this matter.

    WHEREFORE, the defendants request an enlargement of time.

                      Respectfully submitted,

_____
JEFFREY A. TAYLOR, DC Bar #498610
United States Attorney

_____
RUDOLPH CONTRERAS, DC Bar #434122
Assistant United States Attorney

                                   /s/
_____
W. MARK NEBEKER, DC Bar #396739
Assistant United States Attorney

CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that service of the foregoing Motion For Enlargement Of Time, And Memorandum In Support Thereof and a proposed order has been made by mailing a copy thereof to:

FREDERICK BANKS
No. 05711-068
Unit 2 AW
P.O. Box 5000
Yazoo City, MS  39194-5000

on this 21st day of May, 2008.

                                                                              /s/
                                      W. MARK NEBEKER, D.C. Bar #396739
                                      Assistant United States Attorney
                                      Civil Division
                                      555 4th Street, N.W.
                                      Washington, DC  20530
                                      (202) 514-7230

```
              UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF COLUMBIA
```

VAMPIRE NATION and FREDERICK BANKS,)
                                   )
        Plaintiffs,                )
                                   )
    v.                             ) Civil Action No. 06-1950 EGS
                                   )
DEPARTMENT OF JUSTICE, et al.,     )
                                   )
        Defendants.                )
_____)

## ORDER

Upon consideration of the Motion For Enlargement Of Time, And Memorandum In Support Thereof, the grounds stated therefor and the entire record herein, it is this ____ day of _____, 2008,

ORDERED that the said motion be and hereby is granted; and it is

FURTHER ORDERED that the time within which defendants may file a reply be and hereby is enlarged up to June 5, 2008.

```
                        _____
                        UNITED STATES DISTRICT JUDGE
```

W. MARK NEBEKER
Assistant U.S. Attorney
Civil division
555 4th Street, N.W.
Washington, DC  20530

FREDERICK BANKS
No. 05711-068
Unit 2 AW
P.O. Box 5000
Yazoo City, MS  39194-5000