UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RECEIVED
MAY 22 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

VAMPIRE NATION and FREDERICK BANKS, )
Plaintiffs, )
)
v. )  Civil Action No. 06-1950 EGS
)
DEPARTMENT OF JUSTICE, et al., )
Defendants. )
)

**RENEWED MOTION TO ADVANCE COSTS OF FBI AND EOUSA DOCUMENTS; AND PLAINTIFFS REPLY TO DEFENDANTS MEMORANDUM IN OPPOSITION TO PLAINTIFF BANKS' "MOTION TO ADVANCE COSTS OF FBI AND EOUSA DOCUMENTS"**

Plaintiff Frederick Banks ("Banks") replies to Defendants response to his Motion to advance costs of FBI and EOUSA documents and represents.

In this case Banks seeks FOIA and PA documents from the defendants. The Defendants initiated a prosecution against Banks and imprisoned him leaving him insolvent. Banks sought and was granted in forma pauperis status. Such status requires that Banks make payments towards the filing fee. Banks did not rely on the statute he relied on the "in forma pauperis" status itself which stands for the proposition that "In the status of a poor person. The characterization of an action or proceeding authorized by statute by a person who by reason of poverty is unable to give security for the payment of costs, where the statute requires security to be given: Anno: 6 ALR 1285. The characterization of an appeal by a poor person." Ballentines.

Here Banks seeks to have the United States advance the "costs" of the FOIA/PA fees which he will ultimately be responsible for. Surely, the Court has the authority to grant this relief even if by some other means such as the Equal Access to Justice Act.

Also, Banks' fee waiver requests is in the public interest because it is in the interest of the public to see that Justice is done. The interest of the United States in a criminal prosecution "... is not that it shall win a case, but that Justice shall be done..." Berger v. United States, 295 US 78, 88 (1935) "As such,..." The US Attorney even in this case "... is in a peculiar and very definite sense the servant of the law, the twofold aim of which is that guilt shall not escape or innocence suffer. He may prosecute with earnestness and vigor - indeed, he should do so. But while he may strike hard blows, he is not at liberty to strike foul ones. It is as much his duty to refrain from improper methods calculated to produce a wrongful conviction as it is to use every legitimate means to bring about a just one." Id.

28 USC § 1915(b) and (c) authorizes the Court to grant Banks request. See Zoppedge v. United States 369 US 438 (1962); Elkins v. United States 250 F.2d 145 (1957); Fridman v. City of New York 195 F Supp 2d 534 (SDNY 2002).

Since the documents in this case constitute evidence Banks is entitled to have U.S. pay expenses associated with this evidence while he is proceeding in forma pauperis in this civil action. Coleman v. St. Vincent De Paul Soc. 144 FRD 92, 59 BNA FEP Cas 1450 (ED Wis 1992).

Finally, Banks is entitled and hereby seeks payment of the documents under the Criminal Justice Act. See United States v. Pelullo 399 F.3d 197 (3rd Cir 2004) at Footnote 15; United States v. Feldman, 788 F.2d 625, 626 (9th Cir. 1986).

Accordingly, the Court should order the fees to be advanced by the USA.

WHEREFORE, The Plaintiff Frederick Banks respectfully requests that the foregoing Motions be granted and the government reply be overruled.

Respectfully Submitted,

Frederick Banks
05711-068, 1 Am
PO Box 5000
Yazoo City, MS 39194

PLAINTIFF

Certificate of Service

I hereby certify that on this 16th day of May, 2008 I served a true and correct copy of the foregoing by mail delivery upon the following:

W. Mark Nebeker, AUSA  [via electronic notification]
555 4th St, N.W.
Washington, DC 20530


_____
Frederick Banks