```
              UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF COLUMBIA

VAMPIRE NATION and FREDERICK BANKS,)
                                   )
        Plaintiffs,                )
                                   )
   v.                              ) Civil Action No. 06-1950 EGS
                                   )
DEPARTMENT OF JUSTICE, et al.,     )
                                   )
        Defendants.                )
_____)
```

DEFENDANTS' MEMORANDUM IN OPPOSITION TO PLAINTIFF BANKS' "RENEWED MOTION TO ADVANCE COSTS OF FBI AND EOUSA DOCUMENTS. . ."

Defendants hereby oppose Plaintiff Banks' "Renewed Motion To Advance Costs Of FBI And EOUSA Documents. . ." ("Renewed Motion To Advance Costs").

Plaintiff Banks, a federal prisoner, has previously argued for payment of the fees associated with his Freedom of Information Act ("FOIA") requests under the in forma pauperis statutes. Defendants have already addressed that request and respectfully refer the Court to the memorandum filed on May 12, 2008. Plaintiff Banks, however, has now also sought payment of his FOIA fees under the "Criminal Justice Act." See Renewed Motion To Advance Costs at 2. Such fees are not available to a pro se litigant and are not available outside of the criminal case or appeal that constitutes the case in which the criminal defendant was convicted.

Under the language of 18 U.S.C. § 3006A, allowance is made for certain payments in criminal cases, but specifically identifies where such a claim should be presented: "A separate

claim for compensation and reimbursement shall be made to the district court for representation before the United States magistrate judge and the court, and to each appellate court before which the attorney provided representation to the person involved." 18 U.S.C. § 3006A(d)(5). Mr. Banks is not an attorney; nor does he assert this was the Court before whom he was convicted or tried.

Mr. Banks cites one opinion that suggests that fees under the statute can be reimbursed to pro se litigants. See Renewed Motion To Advance Costs at 2 (citing United States v. Feldman, 788 F.2d 625, 626 (9th Cir. 1986)). A careful reading of the statute reveals that such payments have not been authorized by Congress:

> Section 3006A(d)(1) provides in part that "[a]ttorneys may be reimbursed for expenses reasonably incurred." The plain language of this provision clearly limits reimbursement to expenses incurred by court-appointed attorneys and cannot reasonably be read to allow reimbursement to pro se criminal defendants. Further, we agree with the Eighth Circuit that "the purpose of th[is] reimbursement provision is to prevent the uncompensated servitude of attorneys appointed to aid in the representation of indigent persons." Green v. United States, 323 F.3d 1100, 1104 (8th Cir. 2003). In reaching this conclusion, we acknowledge the decision in United States v. Feldman, 788 F.2d 625, 626 (9th Cir. 1986), where the court held that pro se criminal defendants were entitled to reimbursement for expenses under § 3006A(d)(1) because to conclude otherwise "would contradict the spirit of the" CJA and "would be tantamount to placing an impediment on a defendant's right to proceed pro se." Like the Eighth Circuit, however, we conclude this position is inconsistent with the plain language of § 3006A(d)(1) and reject it. See Green, 323 F.3d at 1104-05.

United States v. McElhiney, 369 F.3d 1168, 1170 (10th Cir. 2004).

In any event, Mr. Banks makes no effort to establish that there exists anything in the records he seeks that would be material to his criminal case. Thus, even assuming that Mr. Banks were seeking the documents in a proper forum, he could not establish that discovery into the government's files would be warranted at taxpayer expense. See Rule 6(b) of the Rules Governing Section 2255 Proceedings ("A party requesting discovery must provide reasons for the request.").

Thus, Mr. Banks has failed to establish that he is entitled to be excused from the requirement that he pay the appropriate fees associated with his FOIA requests as required by Department of Justice regulations. See 28 C.F.R. § 16.11. Accordingly, Defendants submit that the Renewed Motion To Advance Costs, like the earlier motion, should be denied.

                              Respectfully submitted,

                              JEFFREY A. TAYLOR, DC Bar #498610
                              United States Attorney


                              RUDOLPH CONTRERAS, DC Bar #434122
                              Assistant United States Attorney

                                                            /s/
                              W. MARK NEBEKER, DC Bar #396739
                              Assistant United States Attorney

CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that service of the foregoing Defendants' Memorandum In Opposition To Plaintiff Bank's "Renewed Motion To Advance Costs Of FBI And EOUSA Documents. . ." and a proposed order has been made by mailing copies thereof to:

FREDERICK BANKS
No. 05711-068
PO Box 5000
Yazoo, City, MS  39194

on this 3rd day of June, 2008.

                                  /s/
                W. MARK NEBEKER, DC Bar #396739
                Assistant United States Attorney
                Civil Division
                555 4th Street, N.W.
                Washington, DC  20530
                (202) 514-7230

```
                UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF COLUMBIA

VAMPIRE NATION and FREDERICK BANKS,)
                                   )
        Plaintiffs,                )
                                   )
    v.                             ) Civil Action No. 06-1950 EGS
                                   )
DEPARTMENT OF JUSTICE, et al.,     )
                                   )
        Defendants.                )
_____)
```

ORDER

Upon consideration of Plaintiff Banks' Renewed Motion To Advance Costs Of FBI And EOUSA Documents (Docket No. 41) for the reasons set forth in Defendants' memorandum in opposition thereto, and based upon the entire record herein, it is this ____ day of _____, 2008,

ORDERED that Plaintiff Banks' Renewed Motion To Advance Costs Of FBI And EOUSA Documents be and is hereby denied.

```
                            _____
                            UNITED STATES DISTRICT JUDGE
```

W. MARK NEBEKER
Assistant U.S. Attorney
Civil division
555 4th Street, N.W.
Washington, DC  20530

FREDERICK BANKS
No. 05711-068
PO Box 5000
Yazoo, City, MS  39194