UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Vampire Nation and Frederick Banks,
    Plaintiffs,

v.

Department of Justice, et al.,
    Defendants

Civil Action No. 06-1950 EGS

Plaintiffs' Reply to Defendants' Memorandum In Opposition To Plaintiff Banks' "Renewed Motion To Advance Costs of FBI And EOUSA Documents..."

    Plaintiff Frederick Banks replies to Defendants' above captioned memorandum and represents as follows;

    Banks after reviewing the first 100 pages of FBI documents out of 3,000 released in this case that at least four of those documents were withheld by the government in the cases of USA v. Banks, 03-245 and 04-176 (WDPA). In 03-245 Banks thus has filed a Motion for a New Trial based on newly discovered evidence see docket. and a Successive 2255 with the third circuit because the withheld documents were withheld in bad faith, were material to Banks' defense and constituted Jencks and Brady violations. Banks thus asserts that the FBI and EOUSA documents at issue in this case are material to his claims that the government withheld evidence material to Banks' defense. Accordingly, the Court should order that the records be released to Banks in their entirety and immediately, anything less would violate Banks Due Process Rights under the Fifth Amendment and effect the fundamental fairness of Banks criminal and this civil and the 2255 civil proceeding. Banks' liberty is at stake. This Court should take this into consideration and order all records released. United States v. Feldman, 788 F.2d 625, 626 (9th cir. 1986), because discovery into the governments files consisting of Banks records is warranted at taxpayer expense.

Conclusion

    Defendants reply should be rejected and Banks motion should be granted releasing all withheld records.

Respectfully Submitted

*[signature]*
Frederick Banks,
05711-068, IAu
PO Box 5000
Yazoo City, MS 39194

Certificate of Service

I hereby certify that on this 6th day of June, 2008 I served a true and correct copy of the foregoing by mail delivery upon the following:

W. Mark Nebeker, AUSA
555 4th Street, N.W.
Washington, DC 20530

*[signature]*
Frederick Banks